UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
TANNER TOM, Individually and on Behalf of : Civil Action No. 1:19-cv-03509-ALC
All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
NOKIA CORPORATION, RAJEEV SURI and :
KRISTIAN PULLOLA, :
:
Defendants. :
---------------------------------------------------------
J. PHILLIP MAX, Individually and on Behalf : Civil Action No. 1:19-cv-03982-UA
of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
:
vs. :
:
NOKIA CORPORATION, RAJEEV SURI, :
KRISTIAN PULLOLA and TIMO :
IHAMUOTILA, :
:
Defendants. :
---------------------------------------------------------x

NOTICE OF MOTION OF THE HONORABLE CLYDE W. WAITE (RET.), INDIVIDUALLY
AND AS TRUSTEE FBO ESTATE OF LILLIAN DUNN U/A 03/01/2015, FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL
OF SELECTION OF LEAD COUNSEL

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff retired Bucks County Court of Common Pleas Judge Clyde W. Waite, Individually and as Trustee FBO Estate of Lillian Dunn U/A 03/01/2015 ("Judge Waite"), will move this Court, on a date and at such time as may be designated by the Court, in Courtroom 21A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order: (1) consolidating the above-captioned related actions presently pending before this Court; (2) appointing Judge Waite as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*; and (3) approving Judge Waite's selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the proposed class. In support of this Motion, Judge Waite submits the accompanying Memorandum of Law, the Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  June 18, 2019                              ROBBINS GELLER RUDMAN
                                                                                                & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
VINCENT M. SERRA


                                                       */s/ David A. Rosenfeld*
                                                    DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
vserra@rgrdlaw.com

*[Proposed] Lead Counsel for [Proposed] Lead Plaintiff*

SCHALL LAW FIRM
BRIAN J. SCHALL
1880 Century Park East, Suite 404
Los Angeles, CA  90067
Telephone:  310/301-3335
310/388-0192 (fax)

*Additional Counsel for [Proposed] Lead Plaintiff*

CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on June 18, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com