UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TANNER TOM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NOKIA CORPORATION, RAJEEV SURI and KRISTIAN PULLOLA, <br><br> Defendants. | Civil Action No. 1:19-cv-03509-ALC <br><br> <u>CLASS ACTION</u> |
| J. PHILLIP MAX, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> NOKIA CORPORATION, RAJEEV SURI, KRISTIAN PULLOLA and TIMO IHAMUOTILA, <br><br> Defendants. | Civil Action No. 1:19-cv-03982-UA <br><br> <u>CLASS ACTION</u> |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF THE MOTION OF THE HONORABLE CLYDE W. WAITE (RET.), INDIVIDUALLY AND AS TRUSTEE FBO ESTATE OF LILLIAN DUNN U/A 03/01/2015, FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

I, DAVID A. ROSENFELD, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, counsel for movant retired Bucks County Court of Common Pleas Judge Clyde W. Waite, Individually and as Trustee FBO Estate of Lillian Dunn U/A 03/01/2015 ("Judge Waite"), and proposed lead counsel for the class in the above-captioned related actions. I make this declaration in support of Judge Waite's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on April 19, 2019;

Exhibit B: Judge Waite's Sworn Certification;

Exhibit C: Chart of Judge Waite's estimated losses, prepared by counsel; and

Exhibit D: Robbins Geller Rudman & Dowd LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of June, 2019, at Melville, New York.



*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

CERTIFICATE OF SERVICE

I, David A. Rosenfeld, hereby certify that on June 18, 2019, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
  & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com