# EXHIBIT B

DocuSign Envelope ID: 84FFA06B-8775-401E-A247-65D748E5BAA4

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Clyde W. Waite, Individually and as Trustee FBO Estate of Lillian Dunn U/A 03/01/2015 ("Plaintiff") declares:

1.      Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.      Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5.      Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6.      Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of June, 2019.

DocuSigned by:

*Clyde W. Waite*

Clyde W. Waite, Individually and as Trustee FBO Estate of Lillian Dunn U/A 03/01/2015

NOKIA

## SCHEDULE A

## SECURITIES TRANSACTIONS

#### ADR

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/22/2015 | 10,000 | $7.23 |
| 05/29/2015 | 10,000 | $7.28 |
| 06/12/2015 | 10,000 | $7.11 |
| 06/24/2015 | 7,500 | $7.26 |
| 06/24/2015 | 7,500 | $7.26 |
| 07/17/2015 | 25,000 | $6.78 |
| 07/21/2015 | 10,000 | $6.75 |
| 07/21/2015 | 10,000 | $6.75 |
| 09/21/2015 | 20,000 | $6.61 |
| 09/24/2015 | 5,000 | $6.59 |
| 09/24/2015 | 5,000 | $6.60 |
| 10/08/2015 | 20,000 | $6.96 |
| 10/13/2015 | 20,000 | $6.81 |
| 10/16/2015 | 10,000 | $6.94 |
| 10/19/2015 | 10,000 | $6.99 |
| 10/19/2015 | 20,000 | $6.98 |
| 10/20/2015 | 10,000 | $6.94 |
| 10/20/2015 | 10,000 | $6.94 |
| 10/20/2015 | 10,000 | $6.93 |
| 10/22/2015 | 30,000 | $7.02 |
| 11/05/2015 | 20,000 | $7.52 |
| 11/05/2015 | 40,000 | $7.52 |
| 11/05/2015 | 19,800 | $7.52 |
| 11/05/2015 | 200 | $7.52 |
| 11/10/2015 | 50,000 | $7.24 |
| 1/7/2016[A] | 465,004 | $7.14 |
| 1/7/2016[A] | 331,795 | $7.14 |
| 02/04/2016 | 25,000 | $6.29 |
| 02/19/2016 | 10,000 | $5.95 |
| 02/19/2016 | 5,000 | $5.95 |
| 02/23/2016 | 25,000 | $6.08 |
| 02/23/2016 | 40,000 | $6.08 |
| 02/24/2016 | 20,000 | $5.96 |
| 02/24/2016 | 10,000 | $5.97 |
| 02/26/2016 | 40,000 | $6.07 |
| 02/26/2016 | 40,000 | $6.07 |
| 03/03/2016 | 20,000 | $6.03 |
| 03/03/2016 | 20,000 | $6.05 |
| 03/08/2016 | 50,000 | $5.96 |
| 03/08/2016 | 50,000 | $5.96 |
| 03/16/2016 | 5,000 | $5.97 |
| 03/16/2016 | 10,000 | $5.97 |
| 03/16/2016 | 10,000 | $5.97 |
| 03/16/2016 | 25,000 | $5.93 |
| 03/22/2016 | 50,000 | $5.99 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 03/23/2016 | 100,000 | $5.98 |
| 03/23/2016 | 50,000 | $5.89 |
| 03/23/2016 | 50,000 | $6.00 |
| 03/23/2016 | 50,000 | $5.97 |
| 03/23/2016 | 2,000 | $5.88 |
| 03/23/2016 | 73,000 | $5.89 |
| 03/31/2016 | 50,000 | $5.93 |
| 03/31/2016 | 50,000 | $5.93 |
| 04/01/2016 | 50,000 | $5.78 |
| 04/01/2016 | 25,000 | $5.78 |
| 04/11/2016 | 75,000 | $5.93 |
| 04/11/2016 | 75,000 | $5.93 |
| 04/20/2016 | 25,000 | $6.12 |
| 04/21/2016 | 50,000 | $6.05 |
| 04/25/2016 | 50,000 | $5.95 |
| 04/25/2016 | 50,000 | $5.97 |
| 05/27/2016 | 20,000 | $5.57 |
| 05/27/2016 | 1,021 | $5.56 |
| 06/24/2016 | 50,000 | $5.03 |
| 06/27/2016 | 50,000 | $5.05 |
| 07/05/2016 | 25,000 | $5.37 |
| 07/05/2016 | 671 | $5.35 |
| 07/06/2016 | 25,000 | $5.26 |
| 07/06/2016 | 25,000 | $5.27 |
| 07/15/2016 | 100,000 | $5.90 |
| 07/18/2016 | 100,000 | $5.86 |
| 07/25/2016 | 50,000 | $5.80 |
| 07/26/2016 | 4,400 | $5.74 |
| 07/28/2016 | 31,000 | $5.75 |
| 08/16/2016 | 50,000 | $5.76 |
| 08/17/2016 | 25,000 | $5.69 |
| 08/17/2016 | 25,000 | $5.69 |
| 08/19/2016 | 50,000 | $5.70 |
| 08/22/2016 | 25,000 | $5.65 |
| 08/25/2016 | 50,000 | $5.71 |
| 08/26/2016 | 500 | $5.67 |
| 08/26/2016 | 24,500 | $5.68 |
| 09/08/2016 | 100,000 | $5.79 |
| 09/09/2016 | 100,000 | $5.77 |
| 09/09/2016 | 90,000 | $5.75 |
| 09/09/2016 | 100,000 | $5.77 |
| 09/23/2016 | 50,000 | $5.67 |
| 09/23/2016 | 20,000 | $5.68 |
| 09/30/2016 | 100,000 | $5.70 |
| 10/05/2016 | 100,000 | $5.75 |
| 10/05/2016 | 100,000 | $5.72 |
| 10/05/2016 | 100,000 | $5.75 |
| 10/05/2016 | 50,000 | $5.72 |
| 10/11/2016 | 100 | $5.41 |
| 10/11/2016 | 24,900 | $5.42 |
| 10/11/2016 | 25,000 | $5.40 |
| 11/09/2016 | 75,000 | $4.36 |

| Date<br>Acquired | Amount of<br>Shares Acquired | Price |
|---|---|---|
| 11/09/2016 | 25,000 | $4.36 |
| 11/11/2016 | 250,000 | $4.43 |
| 11/11/2016 | 250,000 | $4.43 |
| 11/11/2016 | 200 | $4.40 |
| 11/14/2016 | 25,000 | $4.36 |
| 11/14/2016 | 25,000 | $4.36 |
| 11/14/2016 | 10,000 | $4.36 |
| 11/14/2016 | 15,000 | $4.36 |
| 11/14/2016 | 25,000 | $4.36 |
| 11/17/2016 | 31,151 | $4.14 |
| 11/17/2016 | 33,002 | $4.15 |
| 11/18/2016 | 57,727 | $4.15 |
| 11/18/2016 | 282,908 | $4.16 |
| 11/18/2016 | 43,458 | $4.15 |
| 11/18/2016 | 31,800 | $4.16 |
| 11/21/2016 | 300,000 | $4.16 |
| 11/28/2016 | 100,000 | $4.29 |
| 11/28/2016 | 100,000 | $4.29 |
| 11/28/2016 | 7,221 | $4.26 |
| 11/30/2016 | 210 | $4.30 |
| 11/30/2016 | 50,000 | $4.31 |
| 11/30/2016 | 150,000 | $4.31 |
| 11/30/2016 | 31,126 | $4.29 |
| 11/30/2016 | 50,000 | $4.30 |
| 11/30/2016 | 68,686 | $4.30 |
| 11/30/2016 | 131,314 | $4.31 |
| 12/01/2016 | 75,000 | $4.25 |
| 12/01/2016 | 50,000 | $4.25 |
| 12/02/2016 | 200,000 | $4.22 |
| 12/02/2016 | 100,000 | $4.22 |
| 12/02/2016 | 200,000 | $4.22 |
| 12/02/2016 | 5,964 | $4.20 |
| 12/02/2016 | 94,036 | $4.22 |
| 12/06/2016 | 300,000 | $4.58 |
| 12/06/2016 | 185,100 | $4.51 |
| 12/06/2016 | 300,000 | $4.58 |
| 12/08/2016 | 10,000 | $4.63 |
| 12/08/2016 | 10,000 | $4.61 |
| 12/08/2016 | 150,000 | $4.63 |
| 12/08/2016 | 1,000 | $4.56 |
| 12/08/2016 | 10,977 | $4.57 |
| 12/08/2016 | 288,023 | $4.60 |
| 12/08/2016 | 10,000 | $4.63 |
| 12/08/2016 | 10,000 | $4.61 |
| 12/08/2016 | 50,000 | $4.61 |
| 12/08/2016 | 440 | $4.56 |
| 12/08/2016 | 159,226 | $4.57 |
| 12/08/2016 | 140,334 | $4.60 |
| 12/14/2016 | 300,000 | $4.74 |
| 12/14/2016 | 800 | $4.72 |
| 12/14/2016 | 100,000 | $4.71 |
| 12/14/2016 | 51,433 | $4.70 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/14/2016 | 300,000 | $4.74 |
| 12/14/2016 | 25,000 | $4.72 |
| 12/14/2016 | 75,000 | $4.71 |
| 12/15/2016 | 25,000 | $4.69 |
| 12/15/2016 | 350 | $4.68 |
| 12/19/2016 | 5,050 | $4.91 |
| 12/19/2016 | 100,000 | $4.91 |
| 12/19/2016 | 100,000 | $4.91 |
| 12/19/2016 | 50,000 | $4.90 |
| 12/21/2016 | 100,000 | $4.77 |
| 12/21/2016 | 150,000 | $4.77 |
| 12/28/2016 | 100,000 | $4.85 |
| 12/28/2016 | 100,000 | $4.85 |
| 12/29/2016 | 100,000 | $4.81 |
| 12/29/2016 | 100,000 | $4.81 |
| 12/30/2016 | 48,392 | $4.78 |
| 12/30/2016 | 5,364 | $4.80 |
| 12/30/2016 | 296,244 | $4.81 |
| 01/03/2017 | 20,868 | $4.75 |
| 01/05/2017 | 550 | $4.86 |
| 01/06/2017 | 100,000 | $4.96 |
| 01/06/2017 | 300,000 | $4.94 |
| 01/06/2017 | 100,000 | $4.91 |
| 01/06/2017 | 100,000 | $4.96 |
| 01/06/2017 | 300,000 | $4.94 |
| 01/06/2017 | 100,000 | $4.91 |
| 01/18/2017 | 10,000 | $4.69 |
| 01/18/2017 | 39,000 | $4.69 |
| 01/18/2017 | 10,000 | $4.69 |
| 01/18/2017 | 39,000 | $4.69 |
| 01/19/2017 | 8,650 | $4.67 |
| 01/23/2017 | 10,000 | $4.67 |
| 01/23/2017 | 100 | $4.65 |
| 01/23/2017 | 4,100 | $4.66 |
| 01/23/2017 | 75,000 | $4.66 |
| 01/23/2017 | 100 | $4.65 |
| 01/23/2017 | 9,223 | $4.66 |
| 01/27/2017 | 100,000 | $4.62 |
| 02/03/2017 | 50,000 | $4.82 |
| 02/03/2017 | 16,178 | $4.80 |
| 02/03/2017 | 30,000 | $4.80 |
| 02/06/2017 | 20,000 | $4.75 |
| 02/09/2017 | 50,000 | $4.90 |
| 02/09/2017 | 100,000 | $4.90 |
| 02/10/2017 | 15,000 | $4.88 |
| 02/14/2017 | 150,000 | $4.96 |
| 02/14/2017 | 2,968 | $4.96 |
| 02/14/2017 | 147,032 | $4.96 |
| 02/17/2017 | 25,000 | $5.00 |
| 02/17/2017 | 50,000 | $5.01 |
| 02/17/2017 | 50,000 | $5.00 |
| 02/17/2017 | 50,000 | $5.01 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/21/2017 | 50,000 | $5.00 |
| 02/21/2017 | 50,000 | $5.00 |
| 02/22/2017 | 25,000 | $5.06 |
| 02/22/2017 | 25,000 | $5.04 |
| 02/22/2017 | 25,000 | $5.06 |
| 02/22/2017 | 25,000 | $5.04 |
| 02/24/2017 | 200,000 | $5.07 |
| 02/27/2017 | 75,000 | $5.16 |
| 02/28/2017 | 50,000 | $5.15 |
| 02/28/2017 | 75,000 | $5.15 |
| 03/02/2017 | 210,000 | $5.23 |
| 03/02/2017 | 63,600 | $5.22 |
| 03/02/2017 | 151,400 | $5.23 |
| 03/07/2017 | 20,000 | $5.23 |
| 03/09/2017 | 50,000 | $5.26 |
| 03/14/2017 | 75,000 | $5.32 |
| 03/14/2017 | 25,000 | $5.33 |
| 03/14/2017 | 80,000 | $5.32 |
| 03/15/2017 | 20,000 | $5.32 |
| 03/20/2017 | 45,000 | $5.53 |
| 03/21/2017 | 100,000 | $5.50 |
| 03/21/2017 | 100,000 | $5.51 |
| 03/28/2017 | 25,000 | $5.43 |
| 03/28/2017 | 75,000 | $5.42 |
| 03/28/2017 | 50,000 | $5.38 |
| 04/03/2017 | 50,000 | $5.35 |
| 04/03/2017 | 370 | $5.35 |
| 04/10/2017 | 50,000 | $5.32 |
| 05/05/2017 | 40,000 | $6.07 |
| 05/08/2017 | 25,000 | $6.07 |
| 05/09/2017 | 25,000 | $6.15 |
| 05/10/2017 | 50,000 | $6.11 |
| 05/10/2017 | 50,000 | $6.11 |
| 05/11/2017 | 50 | $6.11 |
| 05/11/2017 | 10,000 | $6.11 |
| 05/17/2017 | 10,000 | $6.20 |
| 05/17/2017 | 100,000 | $6.20 |
| 05/17/2017 | 25,000 | $6.13 |
| 05/18/2017 | 50,000 | $6.06 |
| 05/23/2017 | 10,000 | $6.56 |
| 05/24/2017 | 20,000 | $6.46 |
| 05/24/2017 | 25,000 | $6.45 |
| 05/24/2017 | 10,000 | $6.43 |
| 06/05/2017 | 148,500 | $6.46 |
| 06/05/2017 | 101,500 | $6.47 |
| 06/06/2017 | 250,000 | $6.44 |
| 06/09/2017 | 150,000 | $6.48 |
| 06/09/2017 | 400,000 | $6.48 |
| 06/19/2017 | 55,641 | $6.42 |
| 06/20/2017 | 25,000 | $6.39 |
| 06/20/2017 | 25,000 | $6.39 |
| 06/20/2017 | 15,000 | $6.39 |

DocuSign Envelope ID: 84EFA06B-8775-401E-A247-65D748E5BAA4

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/04/2017 | 25,000 | $6.52 |
| 08/04/2017 | 50,000 | $6.54 |
| 08/04/2017 | 24,642 | $6.52 |
| 08/11/2017 | 20,000 | $6.25 |
| 08/21/2017 | 50,000 | $6.15 |
| 08/21/2017 | 2,700 | $6.14 |
| 08/21/2017 | 100,000 | $6.15 |
| 08/24/2017 | 75,000 | $6.17 |
| 08/24/2017 | 25,000 | $6.20 |
| 08/24/2017 | 50,000 | $6.17 |
| 08/30/2017 | 20,000 | $6.18 |
| 08/30/2017 | 20,000 | $6.18 |
| 08/31/2017 | 25,000 | $6.17 |
| 08/31/2017 | 25,000 | $6.17 |
| 08/31/2017 | 25,000 | $6.17 |
| 09/11/2017 | 30,000 | $6.07 |
| 09/11/2017 | 880 | $6.07 |
| 09/11/2017 | 74,120 | $6.08 |
| 09/12/2017 | 20,400 | $6.07 |
| 09/13/2017 | 25,000 | $6.06 |
| 09/13/2017 | 10,000 | $6.02 |
| 09/18/2017 | 150,000 | $6.19 |
| 09/18/2017 | 150,000 | $6.20 |
| 10/10/2017 | 10,000 | $5.89 |
| 10/10/2017 | 10,000 | $5.89 |
| 10/16/2017 | 50,000 | $5.91 |
| 10/16/2017 | 10,000 | $5.89 |
| 10/16/2017 | 50,000 | $5.91 |
| 10/16/2017 | 10,000 | $5.89 |
| 10/23/2017 | 885 | $6.01 |
| 10/24/2017 | 1,330 | $5.98 |
| 10/24/2017 | 98,670 | $5.99 |
| 11/03/2017 | 50,000 | $4.97 |
| 11/03/2017 | 50,000 | $4.97 |
| 11/07/2017 | 50,000 | $4.98 |
| 11/07/2017 | 100,000 | $4.95 |
| 11/07/2017 | 50,000 | $4.98 |
| 11/07/2017 | 150,000 | $4.96 |
| 11/09/2017 | 150,000 | $4.95 |
| 11/09/2017 | 250,000 | $4.95 |
| 11/10/2017 | 50,000 | $4.89 |
| 11/27/2017 | 100,000 | $5.02 |
| 11/27/2017 | 50,000 | $5.03 |
| 11/27/2017 | 50,000 | $5.02 |
| 11/27/2017 | 50,000 | $5.02 |
| 11/28/2017 | 45,000 | $5.01 |
| 11/28/2017 | 45,000 | $5.01 |
| 11/29/2017 | 100,000 | $5.03 |
| 11/29/2017 | 100,000 | $5.03 |
| 11/30/2017 | 55,000 | $4.99 |
| 12/01/2017 | 25,000 | $4.94 |
| 12/01/2017 | 25,000 | $4.94 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 12/01/2017 | 25,000 | $4.95 |
| 12/11/2017 | 75,000 | $4.58 |
| 12/11/2017 | 75,000 | $4.58 |
| 12/14/2017 | 30,000 | $4.63 |
| 12/14/2017 | 50,000 | $4.63 |
| 12/14/2017 | 50,000 | $4.61 |
| 12/14/2017 | 30,000 | $4.63 |
| 12/14/2017 | 50,000 | $4.63 |
| 12/14/2017 | 50,000 | $4.62 |
| 12/19/2017 | 150,000 | $4.67 |
| 12/19/2017 | 200,000 | $4.67 |
| 12/20/2017 | 15,000 | $4.62 |
| 12/27/2017 | 100,000 | $4.72 |
| 12/27/2017 | 50,000 | $4.73 |
| 12/27/2017 | 200,000 | $4.72 |
| 12/28/2017 | 15,000 | $4.71 |
| 12/28/2017 | 50,000 | $4.70 |
| 12/28/2017 | 15,000 | $4.71 |
| 12/28/2017 | 50,000 | $4.70 |
| 12/29/2017 | 25,000 | $4.66 |
| 12/29/2017 | 20,000 | $4.69 |
| 12/29/2017 | 3,917 | $4.66 |
| 01/05/2018 | 75,000 | $4.85 |
| 01/05/2018 | 100,000 | $4.85 |
| 01/05/2018 | 150,000 | $4.84 |
| 01/05/2018 | 150,000 | $4.85 |
| 01/08/2018 | 75,000 | $4.88 |
| 01/08/2018 | 50,000 | $4.85 |
| 01/08/2018 | 200,000 | $4.89 |
| 01/08/2018 | 4,050 | $4.85 |
| 01/10/2018 | 20,000 | $4.80 |
| 01/10/2018 | 20,000 | $4.80 |
| 01/18/2018 | 40,000 | $4.85 |
| 01/18/2018 | 85,000 | $4.86 |
| 01/18/2018 | 125,000 | $4.84 |
| 01/18/2018 | 200,000 | $4.85 |
| 01/18/2018 | 125,000 | $4.84 |
| 01/25/2018 | 125,000 | $4.88 |
| 01/25/2018 | 35,000 | $4.82 |
| 01/25/2018 | 150,000 | $4.88 |
| 01/25/2018 | 50,000 | $4.82 |
| 01/30/2018 | 50,000 | $4.94 |
| 01/30/2018 | 75,000 | $4.94 |
| 02/02/2018 | 75,000 | $5.44 |
| 02/02/2018 | 3,456 | $5.43 |
| 02/02/2018 | 96,544 | $5.44 |
| 02/05/2018 | 200,000 | $5.45 |
| 02/05/2018 | 200,000 | $5.45 |
| 02/05/2018 | 40 | $5.32 |
| 02/05/2018 | 64,960 | $5.33 |
| 02/07/2018 | 75,000 | $5.54 |
| 02/07/2018 | 50,000 | $5.52 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 02/07/2018 | 100,000 | $5.54 |
| 02/07/2018 | 44,497 | $5.51 |
| 02/07/2018 | 5,310 | $5.52 |
| 02/08/2018 | 50,000 | $5.47 |
| 02/08/2018 | 75,000 | $5.47 |
| 02/08/2018 | 25,000 | $5.42 |
| 02/08/2018 | 25,000 | $5.38 |
| 02/08/2018 | 51,000 | $5.47 |
| 02/08/2018 | 100,000 | $5.47 |
| 02/08/2018 | 50,000 | $5.42 |
| 02/08/2018 | 25,000 | $5.38 |
| 02/13/2018 | 200,000 | $5.48 |
| 02/13/2018 | 4,001 | $5.48 |
| 02/14/2018 | 200,000 | $5.45 |
| 02/16/2018 | 100,000 | $5.74 |
| 02/16/2018 | 70,073 | $5.74 |
| 02/16/2018 | 100,000 | $5.74 |
| 02/16/2018 | 58,361 | $5.74 |
| 02/22/2018 | 175,000 | $5.71 |
| 02/22/2018 | 43,290 | $5.70 |
| 02/22/2018 | 175,000 | $5.71 |
| 02/23/2018 | 50,000 | $5.71 |
| 02/23/2018 | 75,000 | $5.71 |
| 02/27/2018 | 164,286 | $5.87 |
| 02/27/2018 | 75,000 | $5.91 |
| 02/27/2018 | 100,000 | $5.87 |
| 03/08/2018 | 175,000 | $5.91 |
| 03/08/2018 | 200,000 | $5.91 |
| 03/13/2018 | 100,000 | $5.89 |
| 03/13/2018 | 150,000 | $5.89 |
| 03/13/2018 | 13,676 | $5.86 |
| 03/13/2018 | 21,324 | $5.86 |
| 03/15/2018 | 40,000 | $5.80 |
| 03/19/2018 | 50,000 | $5.73 |
| 03/21/2018 | 74,700 | $5.70 |
| 03/21/2018 | 300 | $5.69 |
| 04/19/2018 | 500 | $5.82 |
| 04/19/2018 | 50,000 | $5.84 |
| 04/19/2018 | 50,000 | $5.84 |
| 04/20/2018 | 75,000 | $5.94 |
| 04/20/2018 | 75,000 | $6.05 |
| 04/20/2018 | 75,000 | $5.94 |
| 05/01/2018 | 125,000 | $5.91 |
| 05/01/2018 | 125,000 | $5.91 |
| 05/02/2018 | 25,000 | $5.89 |
| 5/4/2018[B] | 50,000 | $4.00 |
| 5/4/2018[B] | 50,000 | $4.00 |
| 05/08/2018 | 50,000 | $6.16 |
| 05/08/2018 | 150,000 | $6.16 |
| 05/14/2018 | 25,000 | $6.24 |
| 05/14/2018 | 25,000 | $6.24 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 05/14/2018 | 125,000 | $6.30 |
| 05/14/2018 | 100 | $6.26 |
| 05/15/2018 | 26,000 | $6.26 |
| 05/15/2018 | 75,000 | $6.26 |
| 05/17/2018 | 15,000 | $6.19 |
| 05/17/2018 | 25,000 | $6.19 |
| 05/18/2018 | 15,000 | $6.19 |
| 05/18/2018 | 34,500 | $6.19 |
| 05/22/2018 | 15,000 | $6.20 |
| 05/22/2018 | 25,000 | $6.20 |
| 05/29/2018 | 10,000 | $5.96 |
| 05/29/2018 | 15,000 | $5.96 |
| 06/05/2018 | 15,000 | $5.89 |
| 06/15/2018 | 115,000 | $6.08 |
| 06/19/2018 | 15,000 | $5.93 |
| 07/12/2018 | 150,000 | $5.82 |
| 07/13/2018 | 150,000 | $5.84 |
| 07/17/2018 | 25,000 | $5.79 |
| 07/19/2018 | 50,000 | $5.95 |
| 07/19/2018 | 50,000 | $5.99 |
| 08/20/2018 | 803 | $5.23 |
| 08/28/2018 | 40,000 | $5.73 |
| 08/28/2018 | 30,000 | $5.72 |
| 08/29/2018 | 24,700 | $5.69 |
| 08/29/2018 | 300 | $5.66 |
| 08/29/2018 | 150,000 | $5.67 |
| 09/13/2018 | 78,100 | $5.47 |
| 09/13/2018 | 1,000 | $5.47 |
| 09/13/2018 | 95,900 | $5.47 |
| 09/14/2018 | 75,000 | $5.47 |
| 09/19/2018 | 50,000 | $5.40 |
| 09/19/2018 | 100,000 | $5.40 |
| 09/19/2018 | 160,000 | $5.44 |
| 09/21/2018 | 200,000 | $5.55 |
| 09/21/2018 | 45,000 | $5.54 |
| 09/25/2018 | 25,000 | $5.53 |
| 09/26/2018 | 100,000 | $5.54 |
| 09/26/2018 | 100,000 | $5.54 |
| 09/28/2018 | 100,000 | $5.57 |
| 09/28/2018 | 95,000 | $5.57 |
| 09/28/2018 | 5,000 | $5.56 |
| 10/02/2018 | 10,000 | $5.51 |
| 10/02/2018 | 50,000 | $5.52 |
| 10/03/2018 | 5,000 | $5.46 |
| 10/03/2018 | 50,000 | $5.49 |
| 10/03/2018 | 10,000 | $5.46 |
| 10/12/2018 | 40,000 | $5.26 |
| 10/18/2018 | 103 | $5.53 |
| 10/22/2018 | 50,000 | $5.62 |
| 10/22/2018 | 50,000 | $5.61 |
| 10/22/2018 | 50,000 | $5.62 |
| 10/22/2018 | 50,000 | $5.59 |

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/29/2018 | 50,000 | $5.59 |
| 10/31/2018 | 72,000 | $5.63 |
| 10/31/2018 | 5,000 | $5.61 |
| 10/31/2018 | 10,000 | $5.63 |
| 10/31/2018 | 75,000 | $5.61 |
| 11/02/2018 | 150,000 | $5.80 |
| 11/05/2018 | 25,000 | $5.82 |
| 11/05/2018 | 30,000 | $5.82 |
| 11/06/2018 | 7,500 | $5.83 |
| 11/06/2018 | 15,000 | $5.83 |
| 11/08/2018 | 25,000 | $5.93 |
| 11/09/2018 | 50,000 | $5.89 |
| 12/04/2018 | 90,000 | $5.50 |
| 12/07/2018 | 50,000 | $5.57 |
| 12/17/2018 | 50,000 | $5.92 |
| 12/31/2018 | 25,000 | $5.79 |
| 01/02/2019 | 50,000 | $5.73 |
| 01/02/2019 | 50,000 | $5.69 |
| 01/03/2019 | 25,000 | $5.59 |
| 01/08/2019 | 45,000 | $6.12 |
| 01/09/2019 | 40,000 | $6.16 |
| 01/09/2019 | 20,000 | $6.16 |
| 01/10/2019 | 30,000 | $6.14 |
| 01/10/2019 | 50,000 | $6.13 |
| 01/10/2019 | 50,000 | $6.13 |
| 01/10/2019 | 28,000 | $6.13 |
| 01/11/2019 | 86,500 | $6.07 |
| 01/11/2019 | 13,500 | $6.07 |
| 01/18/2019 | 263 | $6.05 |
| 01/23/2019 | 7,500 | $6.05 |
| 01/24/2019 | 40,000 | $6.13 |
| 01/25/2019 | 52,600 | $6.61 |
| 01/28/2019 | 51,500 | $6.47 |
| 01/28/2019 | 18,500 | $6.46 |
| 01/29/2019 | 10,000 | $6.55 |
| 01/29/2019 | 30,000 | $6.57 |
| 02/11/2019 | 35,000 | $6.14 |
| 02/11/2019 | 10,000 | $6.14 |
| 02/12/2019 | 98,179 | $6.20 |
| 02/14/2019 | 10,000 | $6.30 |
| 02/14/2019 | 40,000 | $6.29 |
| 02/15/2019 | 10,000 | $6.26 |
| 02/27/2019 | 33,900 | $6.12 |
| 02/27/2019 | 100 | $6.12 |
| 02/27/2019 | 16,000 | $6.12 |
| 03/18/2019 | 25,000 | $6.34 |
| 03/18/2019 | 20,000 | $6.33 |

| Date Sold | Amount of Shares Sold | Price |
|---|---|---|
| 05/14/2015 | 2,000 | $6.90 |
| 05/20/2015 | 2,000 | $7.13 |
| 05/27/2015 | 10,000 | $7.35 |
| 06/18/2015 | 3,400 | $7.30 |
| 07/10/2015 | 5,000 | $6.81 |
| 07/10/2015 | 2,500 | $6.70 |
| 07/16/2015 | 500 | $6.77 |
| 07/16/2015 | 8,400 | $6.76 |
| 07/16/2015 | 1,100 | $6.76 |
| 07/17/2015 | 6,243 | $6.80 |
| 07/17/2015 | 49 | $6.79 |
| 07/17/2015 | 2,500 | $6.87 |
| 07/20/2015 | 153 | $6.84 |
| 07/30/2015 | 5,286 | $7.04 |
| 07/30/2015 | 4,714 | $7.03 |
| 07/30/2015 | 10,000 | $7.03 |
| 08/20/2015 | 2,800 | $6.36 |
| 08/20/2015 | 7,200 | $6.35 |
| 08/26/2015 | 3,600 | $6.15 |
| 08/26/2015 | 21,400 | $6.15 |
| 09/23/2015 | 20,000 | $6.65 |
| 09/30/2015 | 3,990 | $6.81 |
| 09/30/2015 | 5,100 | $6.81 |
| 09/30/2015 | 910 | $6.80 |
| 10/02/2015 | 10,000 | $6.89 |
| 10/02/2015 | 10,000 | $6.90 |
| 10/06/2015 | 10,000 | $6.97 |
| 10/06/2015 | 10,000 | $7.00 |
| 10/06/2015 | 10,000 | $6.99 |
| 10/06/2015 | 10,000 | $7.00 |
| 10/07/2015 | 1,500 | $7.04 |
| 10/09/2015 | 20,000 | $7.04 |
| 10/15/2015 | 600 | $7.01 |
| 10/15/2015 | 19,400 | $7.00 |
| 10/29/2015 | 20,000 | $7.31 |
| 11/03/2015 | 7,300 | $7.59 |
| 11/03/2015 | 20,000 | $7.59 |
| 11/11/2015 | 2,700 | $7.39 |
| 11/18/2015 | 4,050 | $7.33 |
| 11/20/2015 | 10,000 | $7.38 |
| 11/20/2015 | 10,000 | $7.39 |
| 11/20/2015 | 10,000 | $7.39 |
| 02/22/2016 | 10,000 | $6.16 |
| 02/22/2016 | 15,000 | $6.19 |
| 02/22/2016 | 5,000 | $6.16 |
| 02/22/2016 | 15,000 | $6.19 |
| 02/22/2016 | 20,000 | $6.18 |
| 02/24/2016 | 600 | $6.12 |
| 02/25/2016 | 40,000 | $6.14 |
| 02/25/2016 | 35,000 | $6.14 |
| 03/04/2016 | 60,000 | $6.15 |
| 03/04/2016 | 60,000 | $6.15 |

| 03/14/2016 | 50,000 | $6.06 |
| 03/14/2016 | 50,000 | $6.06 |
| 03/16/2016 | 50,000 | $6.09 |
| 03/16/2016 | 50,000 | $6.05 |
| 03/16/2016 | 50,000 | $6.09 |
| 03/22/2016 | 50,000 | $6.07 |
| 03/22/2016 | 50,000 | $6.07 |
| 03/29/2016 | 44,274 | $5.90 |
| 03/30/2016 | 100 | $6.05 |
| 03/30/2016 | 10,000 | $6.03 |
| 04/06/2016 | 40 | $5.85 |
| 04/08/2016 | 75,000 | $6.00 |
| 04/08/2016 | 25,000 | $6.00 |
| 04/08/2016 | 50,000 | $6.00 |
| 04/13/2016 | 75,000 | $6.00 |
| 04/13/2016 | 75,000 | $6.00 |
| 05/10/2016 | 46,900 | $5.53 |
| 05/27/2016 | 1,300 | $5.60 |
| 05/27/2016 | 19,700 | $5.59 |
| 06/23/2016 | 46,047 | $5.70 |
| 06/23/2016 | 70,000 | $5.71 |
| 06/23/2016 | 75,000 | $5.70 |
| 06/23/2016 | 70,000 | $5.71 |
| 06/28/2016 | 50,000 | $5.36 |
| 06/28/2016 | 75,000 | $5.36 |
| 06/29/2016 | 1,600 | $5.55 |
| 06/29/2016 | 100,000 | $5.52 |
| 06/29/2016 | 7,700 | $5.55 |
| 06/29/2016 | 75,000 | $5.54 |
| 07/27/2016 | 1,400 | $5.88 |
| 08/09/2016 | 50,000 | $5.64 |
| 08/09/2016 | 46,519 | $5.65 |
| 08/16/2016 | 2,680 | $5.79 |
| 08/16/2016 | 47,320 | $5.78 |
| 08/18/2016 | 15,000 | $5.75 |
| 08/23/2016 | 75,000 | $5.73 |
| 09/02/2016 | 600 | $5.76 |
| 09/02/2016 | 74,400 | $5.75 |
| 09/02/2016 | 3,000 | $5.76 |
| 09/02/2016 | 875 | $5.75 |
| 09/02/2016 | 71,125 | $5.75 |
| 09/07/2016 | 50,000 | $5.82 |
| 09/07/2016 | 50,000 | $5.80 |
| 09/22/2016 | 17,022 | $5.75 |
| 09/27/2016 | 25,000 | $5.72 |
| 09/27/2016 | 216 | $5.73 |
| 09/28/2016 | 1,800 | $5.75 |
| 09/28/2016 | 73,200 | $5.74 |
| 09/28/2016 | 100,000 | $5.74 |
| 09/30/2016 | 50,000 | $5.79 |
| 09/30/2016 | 827 | $5.81 |
| 09/30/2016 | 100,000 | $5.78 |
| 09/30/2016 | 1,500 | $5.81 |
| 10/04/2016 | 1,000 | $5.81 |
| 10/12/2016 | 3,243 | $5.16 |

DocuSign Envelope ID: 84EEA06B-8775-401E-A247-65D748E5BAA4

| Date | Shares | Price |
|---|---|---|
| 10/12/2016 | 3,000 | $5.15 |
| 10/12/2016 | 43,757 | $5.15 |
| 10/27/2016 | 200,000 | $4.79 |
| 10/27/2016 | 50,000 | $4.78 |
| 11/03/2016 | 14,000 | $4.40 |
| 11/03/2016 | 236,000 | $4.39 |
| 11/03/2016 | 22,031 | $4.40 |
| 11/03/2016 | 302,969 | $4.39 |
| 11/08/2016 | 1,763 | $4.44 |
| 11/08/2016 | 100,000 | $4.44 |
| 11/09/2016 | 200,000 | $4.43 |
| 11/09/2016 | 66,162 | $4.44 |
| 11/09/2016 | 283,838 | $4.44 |
| 11/09/2016 | 75,000 | $4.41 |
| 11/09/2016 | 150,000 | $4.44 |
| 11/09/2016 | 100,000 | $4.44 |
| 11/10/2016 | 1,725 | $4.52 |
| 11/16/2016 | 300,000 | $4.10 |
| 11/16/2016 | 438,000 | $4.10 |
| 11/18/2016 | 900 | $4.21 |
| 11/18/2016 | 46,550 | $4.21 |
| 11/18/2016 | 34,000 | $4.20 |
| 11/18/2016 | 64,000 | $4.21 |
| 11/25/2016 | 340,880 | $4.33 |
| 11/25/2016 | 375,930 | $4.33 |
| 11/29/2016 | 100,000 | $4.29 |
| 11/29/2016 | 107,225 | $4.29 |
| 11/30/2016 | 50,000 | $4.32 |
| 12/02/2016 | 306,330 | $4.25 |
| 12/02/2016 | 250,000 | $4.25 |
| 12/05/2016 | 300,000 | $4.34 |
| 12/05/2016 | 24,750 | $4.32 |
| 12/05/2016 | 275,250 | $4.33 |
| 12/06/2016 | 185,000 | $4.54 |
| 12/08/2016 | 300,000 | $4.60 |
| 12/08/2016 | 170,000 | $4.59 |
| 12/08/2016 | 370,000 | $4.59 |
| 12/09/2016 | 6,400 | $4.65 |
| 12/09/2016 | 6,400 | $4.65 |
| 12/12/2016 | 293,000 | $4.64 |
| 12/12/2016 | 293,000 | $4.64 |
| 12/16/2016 | 50,000 | $4.88 |
| 12/16/2016 | 50,000 | $4.88 |
| 12/16/2016 | 6,743 | $4.92 |
| 12/19/2016 | 24,891 | $4.93 |
| 12/21/2016 | 10,000 | $4.94 |
| 12/21/2016 | 75,000 | $4.97 |
| 12/21/2016 | 10,000 | $4.94 |
| 12/21/2016 | 75,000 | $4.97 |
| 12/22/2016 | 25,000 | $4.72 |
| 12/22/2016 | 25,000 | $4.72 |
| 12/23/2016 | 700 | $4.88 |
| 12/23/2016 | 75,300 | $4.88 |
| 12/23/2016 | 75,000 | $4.88 |
| 12/27/2016 | 12,875 | $4.93 |

| | | |
|---|---|---|
| 12/27/2016 | 19,287 | $4.93 |
| 12/29/2016 | 9,920 | $4.87 |
| 12/29/2016 | 90,000 | $4.85 |
| 12/29/2016 | 10,000 | $4.87 |
| 12/29/2016 | 90,000 | $4.85 |
| 12/30/2016 | 25,000 | $4.87 |
| 12/30/2016 | 1,000 | $4.83 |
| 12/30/2016 | 25,000 | $4.87 |
| 12/30/2016 | 377 | $4.84 |
| 12/30/2016 | 350,000 | $4.83 |
| 01/03/2017 | 100,000 | $4.78 |
| 01/04/2017 | 20,868 | $4.81 |
| 01/04/2017 | 200,000 | $4.84 |
| 01/04/2017 | 48,000 | $4.81 |
| 01/04/2017 | 250,000 | $4.84 |
| 01/06/2017 | 200,000 | $4.94 |
| 01/06/2017 | 110 | $4.97 |
| 01/06/2017 | 192,000 | $4.94 |
| 01/12/2017 | 7,500 | $4.71 |
| 01/12/2017 | 7,500 | $4.71 |
| 01/17/2017 | 50,000 | $4.71 |
| 01/17/2017 | 169,800 | $4.73 |
| 01/19/2017 | 49,000 | $4.72 |
| 01/19/2017 | 60,000 | $4.72 |
| 01/23/2017 | 10,000 | $4.69 |
| 01/26/2017 | 10,000 | $4.73 |
| 01/26/2017 | 25,000 | $4.76 |
| 02/02/2017 | 200 | $4.82 |
| 02/07/2017 | 50,000 | $4.88 |
| 02/07/2017 | 100,000 | $4.88 |
| 02/13/2017 | 100,000 | $4.94 |
| 02/13/2017 | 940 | $4.97 |
| 02/13/2017 | 49,060 | $4.96 |
| 02/13/2017 | 100,000 | $4.94 |
| 02/13/2017 | 500 | $4.97 |
| 02/13/2017 | 49,500 | $4.96 |
| 02/23/2017 | 100,000 | $5.15 |
| 03/01/2017 | 100,000 | $5.21 |
| 03/01/2017 | 100,000 | $5.25 |
| 03/01/2017 | 100,000 | $5.21 |
| 03/01/2017 | 100,000 | $5.25 |
| 03/09/2017 | 1,900 | $5.29 |
| 03/09/2017 | 10,000 | $5.25 |
| 03/09/2017 | 50,000 | $5.29 |
| 03/10/2017 | 100,000 | $5.34 |
| 03/10/2017 | 100,000 | $5.34 |
| 03/21/2017 | 100,000 | $5.52 |
| 03/21/2017 | 98,700 | $5.53 |
| 03/22/2017 | 5,244 | $5.36 |
| 03/27/2017 | 100,000 | $5.44 |
| 03/27/2017 | 100,000 | $5.44 |
| 03/31/2017 | 50,000 | $5.42 |
| 04/18/2017 | 25,000 | $5.24 |
| 04/18/2017 | 25,000 | $5.23 |
| 04/24/2017 | 10,000 | $5.44 |

| | | |
|---|---:|---:|
| 04/24/2017 | 10,000 | $5.44 |
| 05/09/2017 | 3,500 | $6.19 |
| 05/09/2017 | 25,000 | $6.18 |
| 05/09/2017 | 5,649 | $6.19 |
| 05/15/2017 | 25,000 | $6.25 |
| 05/15/2017 | 100,000 | $6.25 |
| 05/16/2017 | 10,000 | $6.30 |
| 05/16/2017 | 15,000 | $6.30 |
| 06/01/2017 | 50,000 | $6.49 |
| 06/01/2017 | 870 | $6.52 |
| 06/01/2017 | 75,000 | $6.46 |
| 06/01/2017 | 125,000 | $6.49 |
| 06/01/2017 | 46,981 | $6.52 |
| 06/05/2017 | 82,602 | $6.54 |
| 06/05/2017 | 167,398 | $6.53 |
| 06/07/2017 | 150,000 | $6.58 |
| 06/07/2017 | 400,000 | $6.58 |
| 08/01/2017 | 50,000 | $6.52 |
| 08/01/2017 | 24,300 | $6.52 |
| 08/01/2017 | 29,774 | $6.54 |
| 08/02/2017 | 25,000 | $6.58 |
| 08/02/2017 | 50,000 | $6.58 |
| 08/09/2017 | 20,000 | $6.34 |
| 08/16/2017 | 31 | $6.36 |
| 08/18/2017 | 100,000 | $6.16 |
| 08/18/2017 | 100,000 | $6.15 |
| 08/22/2017 | 100,000 | $6.23 |
| 08/22/2017 | 50,000 | $6.23 |
| 08/22/2017 | 100,000 | $6.23 |
| 08/22/2017 | 50,000 | $6.23 |
| 08/29/2017 | 20,000 | $6.19 |
| 09/11/2017 | 15,000 | $6.10 |
| 09/11/2017 | 50,000 | $6.10 |
| 09/12/2017 | 75,000 | $6.13 |
| 09/15/2017 | 50,000 | $6.21 |
| 09/15/2017 | 100,000 | $6.21 |
| 09/15/2017 | 50,000 | $6.20 |
| 09/15/2017 | 100,000 | $6.21 |
| 10/13/2017 | 50,000 | $5.93 |
| 10/13/2017 | 50,000 | $5.93 |
| 10/20/2017 | 5,000 | $5.98 |
| 10/20/2017 | 100,000 | $6.05 |
| 10/20/2017 | 100,000 | $6.05 |
| 10/20/2017 | 5,000 | $5.98 |
| 10/20/2017 | 100,000 | $6.05 |
| 10/20/2017 | 100,000 | $6.05 |
| 10/30/2017 | 20,000 | $4.84 |
| 10/30/2017 | 50,100 | $4.84 |
| 10/30/2017 | 149,900 | $4.83 |
| 10/30/2017 | 100,000 | $4.83 |
| 10/30/2017 | 50,000 | $4.83 |
| 10/30/2017 | 100,000 | $4.82 |
| 10/30/2017 | 181,367 | $4.82 |
| 10/30/2017 | 3,372 | $4.82 |
| 10/30/2017 | 66 | $4.82 |

DocuSign Envelope ID: 84EFA06B-8775-401E-A247-65D748E5BAA4

| Date | Shares | Price |
|---|---|---|
| 11/01/2017 | 50,000 | $4.93 |
| 11/01/2017 | 20,000 | $4.93 |
| 11/02/2017 | 300,000 | $5.02 |
| 11/02/2017 | 300,000 | $5.02 |
| 11/06/2017 | 50,000 | $5.05 |
| 11/06/2017 | 100,000 | $5.12 |
| 11/06/2017 | 50,000 | $5.05 |
| 11/06/2017 | 100,000 | $5.12 |
| 11/07/2017 | 165,000 | $5.03 |
| 11/07/2017 | 302,000 | $5.03 |
| 11/20/2017 | 200,000 | $5.00 |
| 11/20/2017 | 250,000 | $5.00 |
| 12/11/2017 | 25,000 | $4.62 |
| 12/11/2017 | 100,000 | $4.62 |
| 12/11/2017 | 25,000 | $4.62 |
| 12/11/2017 | 100,000 | $4.62 |
| 12/13/2017 | 75,000 | $4.68 |
| 12/13/2017 | 75,000 | $4.71 |
| 12/13/2017 | 75,000 | $4.62 |
| 12/13/2017 | 50,000 | $4.64 |
| 12/13/2017 | 75,000 | $4.71 |
| 12/15/2017 | 25,000 | $4.63 |
| 12/15/2017 | 30,000 | $4.63 |
| 12/18/2017 | 175,000 | $4.70 |
| 12/18/2017 | 230 | $4.71 |
| 12/18/2017 | 249,770 | $4.70 |
| 12/21/2017 | 100,000 | $4.73 |
| 12/21/2017 | 65,000 | $4.73 |
| 12/21/2017 | 100,000 | $4.73 |
| 12/21/2017 | 100,000 | $4.73 |
| 01/02/2018 | 100,000 | $4.74 |
| 01/02/2018 | 33,494 | $4.77 |
| 01/02/2018 | 100,000 | $4.74 |
| 01/02/2018 | 981 | $4.79 |
| 01/03/2018 | 107,410 | $4.79 |
| 01/03/2018 | 188,608 | $4.79 |
| 01/05/2018 | 100 | $4.92 |
| 01/05/2018 | 174,900 | $4.91 |
| 01/05/2018 | 500 | $4.92 |
| 01/05/2018 | 299,500 | $4.91 |
| 01/09/2018 | 100 | $4.91 |
| 01/16/2018 | 25,000 | $5.01 |
| 01/16/2018 | 100,000 | $5.01 |
| 01/16/2018 | 1,312 | $4.97 |
| 01/17/2018 | 120,000 | $4.97 |
| 01/17/2018 | 122,638 | $4.97 |
| 01/19/2018 | 100 | $4.91 |
| 01/19/2018 | 106,542 | $4.91 |
| 01/22/2018 | 249,900 | $4.87 |
| 01/22/2018 | 84,614 | $4.88 |
| 01/22/2018 | 133,843 | $4.87 |
| 02/01/2018 | 100,000 | $5.23 |
| 02/01/2018 | 110,000 | $5.25 |
| 02/01/2018 | 150,000 | $5.22 |
| 02/01/2018 | 125,000 | $5.25 |

| Date | Shares | Price |
|---|---|---|
| 02/05/2018 | 75,000 | $5.53 |
| 02/05/2018 | 50,000 | $5.50 |
| 02/05/2018 | 50,000 | $5.52 |
| 02/06/2018 | 200,000 | $5.48 |
| 02/06/2018 | 65,000 | $5.39 |
| 02/06/2018 | 200,000 | $5.48 |
| 02/07/2018 | 75,000 | $5.59 |
| 02/07/2018 | 100,000 | $5.59 |
| 02/09/2018 | 8,756 | $5.47 |
| 02/12/2018 | 216,244 | $5.51 |
| 02/12/2018 | 275,808 | $5.51 |
| 02/14/2018 | 200,000 | $5.55 |
| 02/14/2018 | 204,000 | $5.62 |
| 02/21/2018 | 170,073 | $5.80 |
| 02/21/2018 | 158,352 | $5.80 |
| 02/23/2018 | 225,000 | $5.76 |
| 02/23/2018 | 293,300 | $5.76 |
| 03/07/2018 | 164,286 | $5.90 |
| 03/07/2018 | 175,000 | $5.90 |
| 03/12/2018 | 31,033 | $5.94 |
| 03/12/2018 | 73,969 | $5.94 |
| 03/12/2018 | 150 | $5.94 |
| 03/13/2018 | 110 | $5.94 |
| 04/10/2018 | 25,000 | $5.52 |
| 04/10/2018 | 25,000 | $5.52 |
| 04/16/2018 | 20,000 | $5.63 |
| 04/16/2018 | 50,000 | $5.63 |
| 04/17/2018 | 50,000 | $5.85 |
| 04/17/2018 | 33,100 | $5.86 |
| 04/17/2018 | 17,900 | $5.85 |
| 04/17/2018 | 8,600 | $5.85 |
| 04/17/2018 | 40,400 | $5.85 |
| 04/26/2018 | 75,000 | $5.56 |
| 04/30/2018 | 100,000 | $6.01 |
| 04/30/2018 | 200,000 | $6.01 |
| 05/04/2018 | 125,000 | $6.00 |
| 05/04/2018 | 150,000 | $6.00 |
| 05/08/2018 | 50,000 | $6.22 |
| 05/08/2018 | 150,000 | $6.22 |
| 05/09/2018 | 25,000 | $6.35 |
| 05/09/2018 | 75,000 | $6.35 |
| 05/18/2018 | 15,000 | $6.26 |
| 05/18/2018 | 25,000 | $6.26 |
| 05/21/2018 | 15,000 | $6.24 |
| 05/21/2018 | 25,000 | $6.24 |
| 06/04/2018 | 25,000 | $5.95 |
| 06/04/2018 | 25,000 | $5.95 |
| 06/11/2018 | 300 | $5.92 |
| 06/12/2018 | 300 | $5.94 |
| 06/13/2018 | 14,400 | $6.02 |
| 06/14/2018 | 100,000 | $6.12 |
| 07/12/2018 | 150,000 | $5.85 |
| 07/16/2018 | 53,000 | $5.86 |
| 07/16/2018 | 100,000 | $5.88 |
| 07/24/2018 | 50,000 | $5.95 |

| Date | Shares | Price |
|---|---|---|
| 08/07/2018 | 50,000 | $5.40 |
| 08/07/2018 | 800 | $5.41 |
| 08/07/2018 | 48,900 | $5.40 |
| 08/07/2018 | 300 | $5.41 |
| 08/20/2018 | 50,000 | $5.28 |
| 08/27/2018 | 100,000 | $5.68 |
| 09/10/2018 | 22,503 | $5.40 |
| 09/10/2018 | 2,497 | $5.39 |
| 09/10/2018 | 300 | $5.44 |
| 09/11/2018 | 25,000 | $5.34 |
| 09/11/2018 | 15,000 | $5.35 |
| 09/11/2018 | 2,000 | $5.35 |
| 09/11/2018 | 1,472 | $5.35 |
| 09/11/2018 | 11,528 | $5.35 |
| 09/12/2018 | 50,000 | $5.28 |
| 09/12/2018 | 22,726 | $5.29 |
| 09/12/2018 | 2,274 | $5.28 |
| 09/13/2018 | 75,000 | $5.53 |
| 09/13/2018 | 100,000 | $5.55 |
| 09/17/2018 | 5,000 | $5.49 |
| 09/18/2018 | 50,000 | $5.58 |
| 09/18/2018 | 25,000 | $5.62 |
| 09/18/2018 | 40,000 | $5.64 |
| 09/18/2018 | 100,000 | $5.57 |
| 09/18/2018 | 50,000 | $5.60 |
| 09/18/2018 | 25,000 | $5.62 |
| 09/18/2018 | 75,000 | $5.64 |
| 09/20/2018 | 25,000 | $5.52 |
| 09/20/2018 | 2,470 | $5.52 |
| 09/20/2018 | 13,400 | $5.52 |
| 09/20/2018 | 234,130 | $5.52 |
| 09/25/2018 | 50,000 | $5.60 |
| 09/25/2018 | 50,000 | $5.58 |
| 09/25/2018 | 50,000 | $5.60 |
| 09/25/2018 | 300 | $5.61 |
| 09/26/2018 | 100,000 | $5.58 |
| 09/26/2018 | 100,000 | $5.58 |
| 10/01/2018 | 9,573 | $5.65 |
| 10/01/2018 | 100,000 | $5.65 |
| 10/09/2018 | 9,600 | $5.27 |
| 10/09/2018 | 40,400 | $5.27 |
| 10/19/2018 | 25,000 | $5.63 |
| 10/19/2018 | 94,595 | $5.63 |
| 10/19/2018 | 5,405 | $5.64 |
| 10/29/2018 | 3,994 | $5.64 |
| 10/29/2018 | 50,000 | $5.64 |
| 10/30/2018 | 77,000 | $5.64 |
| 10/30/2018 | 50,000 | $5.63 |
| 11/01/2018 | 50,000 | $5.75 |
| 11/01/2018 | 50,000 | $5.75 |
| 11/02/2018 | 13,488 | $5.82 |
| 11/02/2018 | 136,512 | $5.81 |
| 11/06/2018 | 2 | $5.84 |
| 12/04/2018 | 89,410 | $5.50 |
| 12/06/2018 | 6,480 | $5.64 |

| 12/06/2018 | 354 | $5.64 |
| 12/10/2018 | 50,000 | $5.62 |
| 12/17/2018 | 50,000 | $5.93 |
| 12/28/2018 | 50,000 | $5.69 |
| 01/02/2019 | 100,000 | $5.73 |
| 01/31/2019 | 25,000 | $6.38 |
| 02/08/2019 | 60,000 | $5.96 |
| 02/12/2019 | 100,000 | $6.25 |
| 02/12/2019 | 100,000 | $6.24 |
| 03/01/2019 | 10,000 | $6.15 |
| 03/01/2019 | 2,500 | $6.13 |
| 03/05/2019 | 10,000 | $6.18 |
| 03/15/2019 | 45,000 | $6.40 |

*Opening position of 590,762 shares.

[A]Shares received in Alcatel-Lucent acquisition.  Shares valued at closing price.
[B]Exercised Option.


## Options

### NOK US 01/17/20 C4 Equity

| Date Acquired | Amount of Options Acquired | Price |
|---|---|---|
| 11/06/2017 | 1,000 | $1.80 |
| 11/07/2017 | 1,000 | $1.55 |
| 11/07/2017 | 500 | $1.55 |

| Date Sold | Amount of Options Sold | Price |
|---|---|---|
| 5/4/2018[B] | 500 | |
| 5/4/2018[B] | 500 | |

[B]Exercised Option.

### NOK US 01/17/20 C5 Equity

| Date Acquired | Amount of Options Acquired | Price |
|---|---|---|
| 11/02/2017 | 100 | $1.00 |
| 11/02/2017 | 400 | $1.02 |
| 11/02/2017 | 3 | $1.00 |
| 11/03/2017 | 497 | $1.00 |
| 11/06/2017 | 500 | $1.00 |
| 11/07/2017 | 1,000 | $1.04 |
| 11/10/2017 | 500 | $0.90 |
| 11/10/2017 | 500 | $0.91 |

| | | |
|---|---|---|
| 11/22/2017 | 500 | $0.96 |
| 12/13/2017 | 750 | $0.73 |
| 12/27/2017 | 500 | $0.79 |
| 12/29/2017 | 100 | $0.75 |
| 01/18/2018 | 140 | $0.81 |
| 08/15/2018 | 100 | $0.86 |
| 08/31/2018 | 250 | $1.14 |
| 08/31/2018 | 250 | $1.13 |
| 09/12/2018 | 500 | $0.94 |
| 09/12/2018 | 36 | $0.92 |
| 09/14/2018 | 3 | $1.05 |
| 10/15/2018 | 350 | $0.91 |

| Date Sold | Amount of Options Sold | Price |
|---|---|---|
| 12/31/2018 | 250 | $1.14 |
| 01/08/2019 | 200 | $1.39 |
| 01/09/2019 | 200 | $1.44 |
| 01/09/2019 | 200 | $1.44 |
| 01/09/2019 | 200 | $1.47 |
| 01/09/2019 | 200 | $1.44 |
| 01/09/2019 | 200 | $1.44 |
| 01/09/2019 | 150 | $1.47 |
| 01/10/2019 | 500 | $1.42 |
| 01/10/2019 | 500 | $1.42 |
| 01/10/2019 | 100 | $1.41 |
| 01/10/2019 | 200 | $1.42 |
| 01/10/2019 | 600 | $1.41 |
| 01/11/2019 | 190 | $1.37 |
| 01/15/2019 | 200 | $1.36 |
| 01/17/2019 | 190 | $1.29 |
| 01/18/2019 | 100 | $1.37 |
| 01/23/2019 | 200 | $1.34 |
| 01/24/2019 | 200 | $1.40 |
| 01/24/2019 | 200 | $1.44 |
| 01/24/2019 | 100 | $1.41 |
| 01/25/2019 | 200 | $1.69 |
| 01/25/2019 | 500 | $1.70 |
| 01/25/2019 | 1,399 | $1.74 |