# **EXHIBIT C**

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Clyde W. Waite (ADR) | 05/22/2015 | 10,000 | $7.23 | $72,300.00 | 03/14/2016 | 34,233 | $6.06 | $207,451.98 | |
| | 05/29/2015 | 10,000 | $7.28 | $72,800.00 | 03/14/2016 | 50,000 | $6.06 | $303,000.00 | |
| | 06/12/2015 | 10,000 | $7.11 | $71,100.00 | 03/16/2016 | 50,000 | $6.09 | $304,500.00 | |
| | 06/24/2015 | 7,500 | $7.26 | $54,450.00 | 03/16/2016 | 50,000 | $6.05 | $302,500.00 | |
| | 06/24/2015 | 7,500 | $7.26 | $54,450.00 | 03/16/2016 | 50,000 | $6.09 | $304,500.00 | |
| | 07/17/2015 | 25,000 | $6.78 | $169,500.00 | 03/22/2016 | 50,000 | $6.07 | $303,500.00 | |
| | 07/21/2015 | 10,000 | $6.75 | $67,500.00 | 03/22/2016 | 50,000 | $6.07 | $303,500.00 | |
| | 07/21/2015 | 10,000 | $6.75 | $67,500.00 | 03/29/2016 | 44,274 | $5.90 | $261,216.60 | |
| | 09/21/2015 | 20,000 | $6.61 | $132,200.00 | 03/30/2016 | 100 | $6.05 | $605.00 | |
| | 09/24/2015 | 5,000 | $6.59 | $32,950.00 | 03/30/2016 | 10,000 | $6.03 | $60,300.00 | |
| | 09/24/2015 | 5,000 | $6.60 | $33,000.00 | 04/06/2016 | 40 | $5.85 | $234.00 | |
| | 10/08/2015 | 20,000 | $6.96 | $139,200.00 | 04/08/2016 | 75,000 | $6.00 | $450,000.00 | |
| | 10/13/2015 | 20,000 | $6.81 | $136,200.00 | 04/08/2016 | 25,000 | $6.00 | $150,000.00 | |
| | 10/16/2015 | 10,000 | $6.94 | $69,400.00 | 04/08/2016 | 50,000 | $6.00 | $300,000.00 | |
| | 10/19/2015 | 10,000 | $6.99 | $69,900.00 | 04/13/2016 | 75,000 | $6.00 | $450,000.00 | |
| | 10/19/2015 | 20,000 | $6.98 | $139,600.00 | 04/13/2016 | 75,000 | $6.00 | $450,000.00 | |
| | 10/20/2015 | 10,000 | $6.94 | $69,400.00 | 05/10/2016 | 46,900 | $5.53 | $259,357.00 | |
| | 10/20/2015 | 10,000 | $6.94 | $69,400.00 | 05/27/2016 | 1,300 | $5.60 | $7,280.00 | |
| | 10/20/2015 | 10,000 | $6.93 | $69,300.00 | 05/27/2016 | 19,700 | $5.59 | $110,123.00 | |
| | 10/22/2015 | 30,000 | $7.02 | $210,600.00 | 06/23/2016 | 46,047 | $5.70 | $262,467.90 | |
| | 11/05/2015 | 20,000 | $7.52 | $150,400.00 | 06/23/2016 | 70,000 | $5.71 | $399,700.00 | |
| | 11/05/2015 | 40,000 | $7.52 | $300,800.00 | 06/23/2016 | 75,000 | $5.70 | $427,500.00 | |
| | 11/05/2015 | 19,800 | $7.52 | $148,896.00 | 06/23/2016 | 70,000 | $5.71 | $399,700.00 | |
| | 11/05/2015 | 200 | $7.52 | $1,504.00 | 06/28/2016 | 50,000 | $5.36 | $268,000.00 | |
| | 11/10/2015 | 50,000 | $7.24 | $362,000.00 | 06/28/2016 | 75,000 | $5.36 | $402,188.10 | |
| | 1/7/2016[A] | 465,004 | $7.14 | $3,320,128.56 | 06/29/2016 | 1,600 | $5.55 | $8,880.00 | |
| | 1/7/2016[A] | 331,795 | $7.14 | $2,369,016.30 | 06/29/2016 | 100,000 | $5.52 | $552,000.00 | |
| | 02/04/2016 | 25,000 | $6.29 | $157,250.00 | 06/29/2016 | 7,700 | $5.55 | $42,735.00 | |
| | 02/19/2016 | 10,000 | $5.95 | $59,490.00 | 06/29/2016 | 75,000 | $5.54 | $415,500.00 | |
| | 02/19/2016 | 5,000 | $5.95 | $29,725.00 | 07/27/2016 | 1,400 | $5.88 | $8,232.00 | |
| | 02/23/2016 | 25,000 | $6.08 | $152,000.00 | 08/09/2016 | 50,000 | $5.64 | $282,000.00 | |
| | 02/23/2016 | 40,000 | $6.08 | $243,200.00 | 08/09/2016 | 46,519 | $5.65 | $262,832.35 | |
| | 02/24/2016 | 20,000 | $5.96 | $119,200.00 | 08/16/2016 | 2,680 | $5.79 | $15,517.20 | |
| | 02/24/2016 | 10,000 | $5.97 | $59,700.00 | 08/16/2016 | 47,320 | $5.78 | $273,509.60 | |
| | 02/26/2016 | 40,000 | $6.07 | $242,800.00 | 08/18/2016 | 15,000 | $5.75 | $86,250.00 | |
| | 02/26/2016 | 40,000 | $6.07 | $242,684.00 | 08/23/2016 | 75,000 | $5.73 | $429,750.00 | |
| | 03/03/2016 | 20,000 | $6.03 | $120,577.60 | 09/02/2016 | 600 | $5.76 | $3,456.00 | |
| | 03/03/2016 | 20,000 | $6.05 | $121,000.00 | 09/02/2016 | 74,400 | $5.75 | $427,800.00 | |
| | 03/08/2016 | 50,000 | $5.96 | $298,000.00 | 09/02/2016 | 3,000 | $5.76 | $17,280.00 | |
| | 03/08/2016 | 50,000 | $5.96 | $298,000.00 | 09/02/2016 | 875 | $5.75 | $5,031.25 | |
| | 03/16/2016 | 5,000 | $5.97 | $29,850.00 | 09/02/2016 | 71,125 | $5.75 | $408,968.75 | |
| | 03/16/2016 | 10,000 | $5.97 | $59,700.00 | 09/07/2016 | 50,000 | $5.82 | $291,000.00 | |
| | 03/16/2016 | 10,000 | $5.97 | $59,700.00 | 09/07/2016 | 50,000 | $5.80 | $290,000.00 | |
| | 03/16/2016 | 25,000 | $5.93 | $148,250.00 | 09/22/2016 | 17,022 | $5.75 | $97,876.50 | |
| | 03/22/2016 | 50,000 | $5.99 | $299,500.00 | 09/27/2016 | 25,000 | $5.72 | $143,000.00 | |
| | 03/23/2016 | 100,000 | $5.98 | $598,000.00 | 09/27/2016 | 216 | $5.73 | $1,237.68 | |
| | 03/23/2016 | 50,000 | $5.89 | $294,500.00 | 09/28/2016 | 1,800 | $5.75 | $10,350.00 | |
| | 03/23/2016 | 50,000 | $6.00 | $300,000.00 | 09/28/2016 | 73,200 | $5.74 | $420,168.00 | |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 03/23/2016 | 50,000 | $5.97 | $298,500.00 | 09/28/2016 | 100,000 | $5.74 | $574,000.00 |
| 03/23/2016 | 2,000 | $5.88 | $11,760.00 | 09/30/2016 | 50,000 | $5.79 | $289,250.00 |
| 03/23/2016 | 73,000 | $5.89 | $429,970.00 | 09/30/2016 | 827 | $5.81 | $4,804.87 |
| 03/31/2016 | 50,000 | $5.93 | $296,500.00 | 09/30/2016 | 100,000 | $5.78 | $578,000.00 |
| 03/31/2016 | 50,000 | $5.93 | $296,500.00 | 09/30/2016 | 1,500 | $5.81 | $8,715.00 |
| 04/01/2016 | 50,000 | $5.78 | $289,000.00 | 10/04/2016 | 1,000 | $5.81 | $5,810.00 |
| 04/01/2016 | 25,000 | $5.78 | $144,500.00 | 10/12/2016 | 3,243 | $5.16 | $16,733.88 |
| 04/11/2016 | 75,000 | $5.93 | $444,695.10 | 10/12/2016 | 3,000 | $5.15 | $15,450.00 |
| 04/11/2016 | 75,000 | $5.93 | $444,666.00 | 10/12/2016 | 43,757 | $5.15 | $225,129.77 |
| 04/20/2016 | 25,000 | $6.12 | $153,000.00 | 10/27/2016 | 200,000 | $4.79 | $958,000.00 |
| 04/21/2016 | 50,000 | $6.05 | $302,500.00 | 10/27/2016 | 50,000 | $4.78 | $239,000.00 |
| 04/25/2016 | 50,000 | $5.95 | $297,500.00 | 11/03/2016 | 14,000 | $4.40 | $61,600.00 |
| 04/25/2016 | 50,000 | $5.97 | $298,500.00 | 11/03/2016 | 236,000 | $4.39 | $1,036,040.00 |
| 05/27/2016 | 20,000 | $5.57 | $111,400.00 | 11/03/2016 | 22,031 | $4.40 | $96,936.40 |
| 05/27/2016 | 1,021 | $5.56 | $5,676.76 | 11/03/2016 | 302,969 | $4.39 | $1,330,033.91 |
| 06/24/2016 | 50,000 | $5.03 | $251,500.00 | 11/08/2016 | 1,763 | $4.44 | $7,827.72 |
| 06/27/2016 | 50,000 | $5.05 | $252,451.00 | 11/08/2016 | 100,000 | $4.44 | $444,000.00 |
| 07/05/2016 | 25,000 | $5.37 | $134,250.00 | 11/09/2016 | 200,000 | $4.43 | $886,000.00 |
| 07/05/2016 | 671 | $5.35 | $3,589.85 | 11/09/2016 | 66,162 | $4.44 | $293,759.28 |
| 07/06/2016 | 25,000 | $5.26 | $131,500.00 | 11/09/2016 | 283,838 | $4.44 | $1,260,240.72 |
| 07/06/2016 | 25,000 | $5.27 | $131,750.00 | 11/09/2016 | 75,000 | $4.41 | $330,750.00 |
| 07/15/2016 | 100,000 | $5.90 | $590,000.00 | 11/09/2016 | 150,000 | $4.44 | $666,000.00 |
| 07/18/2016 | 100,000 | $5.86 | $586,000.00 | 11/09/2016 | 100,000 | $4.44 | $444,000.00 |
| 07/25/2016 | 50,000 | $5.80 | $290,000.00 | 11/10/2016 | 1,725 | $4.52 | $7,797.00 |
| 07/26/2016 | 4,400 | $5.74 | $25,256.00 | 11/16/2016 | 300,000 | $4.10 | $1,230,000.00 |
| 07/28/2016 | 31,000 | $5.75 | $178,109.45 | 11/16/2016 | 438,000 | $4.10 | $1,795,800.00 |
| 08/16/2016 | 50,000 | $5.76 | $287,948.30 | 11/18/2016 | 900 | $4.21 | $3,789.00 |
| 08/17/2016 | 25,000 | $5.69 | $142,250.00 | 11/18/2016 | 46,550 | $4.21 | $195,975.50 |
| 08/17/2016 | 25,000 | $5.69 | $142,250.00 | 11/18/2016 | 34,000 | $4.20 | $142,800.00 |
| 08/19/2016 | 50,000 | $5.70 | $285,000.00 | 11/18/2016 | 64,000 | $4.21 | $269,440.00 |
| 08/22/2016 | 25,000 | $5.65 | $141,250.00 | 11/25/2016 | 340,880 | $4.33 | $1,476,010.40 |
| 08/25/2016 | 50,000 | $5.71 | $285,500.00 | 11/25/2016 | 375,930 | $4.33 | $1,627,776.90 |
| 08/26/2016 | 500 | $5.67 | $2,835.00 | 11/29/2016 | 100,000 | $4.29 | $429,000.00 |
| 08/26/2016 | 24,500 | $5.68 | $139,160.00 | 11/29/2016 | 107,225 | $4.29 | $459,995.25 |
| 09/08/2016 | 100,000 | $5.79 | $579,000.00 | 11/30/2016 | 50,000 | $4.32 | $216,000.00 |
| 09/09/2016 | 100,000 | $5.77 | $577,000.00 | 12/02/2016 | 306,330 | $4.25 | $1,301,902.50 |
| 09/09/2016 | 90,000 | $5.75 | $517,500.00 | 12/02/2016 | 250,000 | $4.25 | $1,062,500.00 |
| 09/09/2016 | 100,000 | $5.77 | $577,000.00 | 12/05/2016 | 300,000 | $4.34 | $1,302,000.00 |
| 09/23/2016 | 50,000 | $5.67 | $283,500.00 | 12/05/2016 | 24,750 | $4.32 | $106,920.00 |
| 09/23/2016 | 20,000 | $5.68 | $113,580.50 | 12/05/2016 | 275,250 | $4.33 | $1,191,832.50 |
| 09/30/2016 | 100,000 | $5.70 | $570,000.00 | 12/06/2016 | 185,000 | $4.54 | $839,900.00 |
| 10/05/2016 | 100,000 | $5.75 | $575,000.00 | 12/08/2016 | 300,000 | $4.60 | $1,380,064.20 |
| 10/05/2016 | 100,000 | $5.72 | $572,000.00 | 12/08/2016 | 170,000 | $4.59 | $780,300.00 |
| 10/05/2016 | 100,000 | $5.75 | $575,000.00 | 12/08/2016 | 370,000 | $4.59 | $1,698,300.00 |
| 10/05/2016 | 50,000 | $5.72 | $286,000.00 | 12/09/2016 | 6,400 | $4.65 | $29,760.00 |
| 10/11/2016 | 100 | $5.41 | $541.00 | 12/09/2016 | 6,400 | $4.65 | $29,760.00 |
| 10/11/2016 | 24,900 | $5.42 | $134,958.00 | 12/12/2016 | 293,000 | $4.64 | $1,359,520.00 |
| 10/11/2016 | 25,000 | $5.40 | $135,000.00 | 12/12/2016 | 293,000 | $4.64 | $1,359,520.00 |
| 11/09/2016 | 75,000 | $4.36 | $327,000.00 | 12/16/2016 | 50,000 | $4.88 | $244,000.00 |
| 11/09/2016 | 25,000 | $4.36 | $109,000.00 | 12/16/2016 | 50,000 | $4.88 | $244,000.00 |
| 11/11/2016 | 250,000 | $4.43 | $1,107,500.00 | 12/16/2016 | 6,743 | $4.92 | $33,175.56 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 11/11/2016 | 250,000 | $4.43 | $1,107,500.00 | 12/19/2016 | 24,891 | $4.93 | $122,712.63 |
| 11/11/2016 | 200 | $4.40 | $880.00 | 12/21/2016 | 10,000 | $4.94 | $49,400.00 |
| 11/14/2016 | 25,000 | $4.36 | $108,875.00 | 12/21/2016 | 75,000 | $4.97 | $372,750.00 |
| 11/14/2016 | 25,000 | $4.36 | $109,000.00 | 12/21/2016 | 10,000 | $4.94 | $49,400.00 |
| 11/14/2016 | 10,000 | $4.36 | $43,600.00 | 12/21/2016 | 75,000 | $4.97 | $372,750.00 |
| 11/14/2016 | 15,000 | $4.36 | $65,400.00 | 12/22/2016 | 25,000 | $4.72 | $118,025.00 |
| 11/14/2016 | 25,000 | $4.36 | $109,000.00 | 12/22/2016 | 25,000 | $4.72 | $118,084.40 |
| 11/17/2016 | 31,151 | $4.14 | $128,965.14 | 12/23/2016 | 700 | $4.88 | $3,416.00 |
| 11/17/2016 | 33,002 | $4.15 | $136,958.30 | 12/23/2016 | 75,300 | $4.88 | $367,464.00 |
| 11/18/2016 | 57,727 | $4.15 | $239,567.05 | 12/23/2016 | 75,000 | $4.88 | $366,000.00 |
| 11/18/2016 | 282,908 | $4.16 | $1,176,895.58 | 12/27/2016 | 12,875 | $4.93 | $63,473.75 |
| 11/18/2016 | 43,458 | $4.15 | $180,350.70 | 12/27/2016 | 19,287 | $4.93 | $95,084.91 |
| 11/18/2016 | 31,800 | $4.16 | $132,288.00 | 12/29/2016 | 9,920 | $4.87 | $48,310.40 |
| 11/21/2016 | 300,000 | $4.16 | $1,247,998.20 | 12/29/2016 | 90,000 | $4.85 | $436,500.00 |
| 11/28/2016 | 100,000 | $4.29 | $429,000.00 | 12/29/2016 | 10,000 | $4.87 | $48,700.00 |
| 11/28/2016 | 100,000 | $4.29 | $429,000.00 | 12/29/2016 | 90,000 | $4.85 | $436,500.00 |
| 11/28/2016 | 7,221 | $4.26 | $30,761.46 | 12/30/2016 | 25,000 | $4.87 | $121,750.00 |
| 11/30/2016 | 210 | $4.30 | $903.00 | 12/30/2016 | 1,000 | $4.83 | $4,830.00 |
| 11/30/2016 | 50,000 | $4.31 | $215,500.00 | 12/30/2016 | 25,000 | $4.87 | $121,750.00 |
| 11/30/2016 | 150,000 | $4.31 | $646,500.00 | 12/30/2016 | 377 | $4.84 | $1,824.68 |
| 11/30/2016 | 31,126 | $4.29 | $133,530.54 | 12/30/2016 | 350,000 | $4.83 | $1,690,504.90 |
| 11/30/2016 | 50,000 | $4.30 | $215,000.00 | 01/03/2017 | 100,000 | $4.78 | $478,000.00 |
| 11/30/2016 | 68,686 | $4.30 | $295,349.80 | 01/04/2017 | 20,868 | $4.81 | $100,375.08 |
| 11/30/2016 | 131,314 | $4.31 | $565,963.34 | 01/04/2017 | 200,000 | $4.84 | $968,064.40 |
| 12/01/2016 | 75,000 | $4.25 | $318,750.00 | 01/04/2017 | 48,000 | $4.81 | $230,880.00 |
| 12/01/2016 | 50,000 | $4.25 | $212,500.00 | 01/04/2017 | 250,000 | $4.84 | $1,210,116.50 |
| 12/02/2016 | 200,000 | $4.22 | $844,000.00 | 01/06/2017 | 200,000 | $4.94 | $988,000.00 |
| 12/02/2016 | 100,000 | $4.22 | $421,939.10 | 01/06/2017 | 110 | $4.97 | $546.70 |
| 12/02/2016 | 200,000 | $4.22 | $844,000.00 | 01/06/2017 | 192,000 | $4.94 | $948,480.00 |
| 12/02/2016 | 5,964 | $4.20 | $25,048.80 | 01/12/2017 | 7,500 | $4.71 | $35,325.00 |
| 12/02/2016 | 94,036 | $4.22 | $396,831.83 | 01/12/2017 | 7,500 | $4.71 | $35,325.00 |
| 12/06/2016 | 300,000 | $4.58 | $1,374,000.00 | 01/17/2017 | 50,000 | $4.71 | $235,500.00 |
| 12/06/2016 | 185,100 | $4.51 | $834,801.00 | 01/17/2017 | 169,800 | $4.73 | $803,154.00 |
| 12/06/2016 | 300,000 | $4.58 | $1,374,000.00 | 01/19/2017 | 49,000 | $4.72 | $231,280.00 |
| 12/08/2016 | 10,000 | $4.63 | $46,300.00 | 01/19/2017 | 60,000 | $4.72 | $283,200.00 |
| 12/08/2016 | 10,000 | $4.61 | $46,100.00 | 01/23/2017 | 10,000 | $4.69 | $46,900.00 |
| 12/08/2016 | 150,000 | $4.63 | $694,047.90 | 01/26/2017 | 10,000 | $4.73 | $47,300.00 |
| 12/08/2016 | 1,000 | $4.56 | $4,560.00 | 01/26/2017 | 25,000 | $4.76 | $119,000.00 |
| 12/08/2016 | 10,977 | $4.57 | $50,164.89 | 02/02/2017 | 200 | $4.82 | $964.00 |
| 12/08/2016 | 288,023 | $4.60 | $1,323,648.00 | 02/07/2017 | 50,000 | $4.88 | $244,000.00 |
| 12/08/2016 | 10,000 | $4.63 | $46,300.00 | 02/07/2017 | 100,000 | $4.88 | $488,215.20 |
| 12/08/2016 | 10,000 | $4.61 | $46,100.00 | 02/13/2017 | 100,000 | $4.94 | $494,000.00 |
| 12/08/2016 | 50,000 | $4.61 | $230,500.00 | 02/13/2017 | 940 | $4.97 | $4,671.80 |
| 12/08/2016 | 440 | $4.56 | $2,006.40 | 02/13/2017 | 49,060 | $4.96 | $243,337.60 |
| 12/08/2016 | 159,226 | $4.57 | $727,628.27 | 02/13/2017 | 100,000 | $4.94 | $494,000.00 |
| 12/08/2016 | 140,334 | $4.60 | $645,396.07 | 02/13/2017 | 500 | $4.97 | $2,485.00 |
| 12/14/2016 | 300,000 | $4.74 | $1,422,000.00 | 02/13/2017 | 49,500 | $4.96 | $245,520.00 |
| 12/14/2016 | 800 | $4.72 | $3,776.00 | 02/23/2017 | 100,000 | $5.15 | $515,000.00 |
| 12/14/2016 | 100,000 | $4.71 | $471,000.00 | 03/01/2017 | 100,000 | $5.21 | $521,000.00 |
| 12/14/2016 | 51,433 | $4.70 | $241,735.10 | 03/01/2017 | 100,000 | $5.25 | $525,356.30 |
| 12/14/2016 | 300,000 | $4.74 | $1,422,000.00 | 03/01/2017 | 100,000 | $5.21 | $521,000.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 12/14/2016 | 25,000 | $4.72 | $117,875.00 | 03/01/2017 | 100,000 | $5.25 | $525,115.50 |
| 12/14/2016 | 75,000 | $4.71 | $353,250.00 | 03/09/2017 | 1,900 | $5.29 | $10,051.00 |
| 12/15/2016 | 25,000 | $4.69 | $117,250.00 | 03/09/2017 | 10,000 | $5.25 | $52,500.00 |
| 12/15/2016 | 350 | $4.68 | $1,638.00 | 03/09/2017 | 50,000 | $5.29 | $264,500.00 |
| 12/19/2016 | 5,050 | $4.91 | $24,795.50 | 03/10/2017 | 100,000 | $5.34 | $534,000.00 |
| 12/19/2016 | 100,000 | $4.91 | $491,000.00 | 03/10/2017 | 100,000 | $5.34 | $534,000.00 |
| 12/19/2016 | 100,000 | $4.91 | $491,000.00 | 03/21/2017 | 100,000 | $5.52 | $552,000.00 |
| 12/19/2016 | 50,000 | $4.90 | $245,000.00 | 03/21/2017 | 98,700 | $5.53 | $545,811.00 |
| 12/21/2016 | 100,000 | $4.77 | $477,000.00 | 03/22/2017 | 5,244 | $5.36 | $28,107.84 |
| 12/21/2016 | 150,000 | $4.77 | $715,500.00 | 03/27/2017 | 100,000 | $5.44 | $544,000.00 |
| 12/28/2016 | 100,000 | $4.85 | $485,000.00 | 03/27/2017 | 100,000 | $5.44 | $544,000.00 |
| 12/28/2016 | 100,000 | $4.85 | $485,000.00 | 03/31/2017 | 50,000 | $5.42 | $271,000.00 |
| 12/29/2016 | 100,000 | $4.81 | $480,999.50 | 04/18/2017 | 25,000 | $5.24 | $131,000.00 |
| 12/29/2016 | 100,000 | $4.81 | $481,000.00 | 04/18/2017 | 25,000 | $5.23 | $130,750.00 |
| 12/30/2016 | 48,392 | $4.78 | $231,313.76 | 04/24/2017 | 10,000 | $5.44 | $54,400.00 |
| 12/30/2016 | 5,364 | $4.80 | $25,747.20 | 04/24/2017 | 10,000 | $5.44 | $54,400.00 |
| 12/30/2016 | 296,244 | $4.81 | $1,424,933.34 | 05/09/2017 | 3,500 | $6.19 | $21,665.00 |
| 01/03/2017 | 20,868 | $4.75 | $99,123.00 | 05/09/2017 | 25,000 | $6.18 | $154,500.00 |
| 01/05/2017 | 550 | $4.86 | $2,673.00 | 05/09/2017 | 5,649 | $6.19 | $34,967.31 |
| 01/06/2017 | 100,000 | $4.96 | $496,000.00 | 05/15/2017 | 25,000 | $6.25 | $156,250.00 |
| 01/06/2017 | 300,000 | $4.94 | $1,482,000.00 | 05/15/2017 | 100,000 | $6.25 | $625,000.00 |
| 01/06/2017 | 100,000 | $4.91 | $491,000.00 | 05/16/2017 | 10,000 | $6.30 | $63,000.00 |
| 01/06/2017 | 100,000 | $4.96 | $496,000.00 | 05/16/2017 | 15,000 | $6.30 | $94,500.00 |
| 01/06/2017 | 300,000 | $4.94 | $1,482,000.00 | 06/01/2017 | 50,000 | $6.49 | $324,500.00 |
| 01/06/2017 | 100,000 | $4.91 | $491,000.00 | 06/01/2017 | 870 | $6.52 | $5,672.40 |
| 01/18/2017 | 10,000 | $4.69 | $46,900.00 | 06/01/2017 | 75,000 | $6.46 | $484,500.00 |
| 01/18/2017 | 39,000 | $4.69 | $182,910.00 | 06/01/2017 | 125,000 | $6.49 | $811,250.00 |
| 01/18/2017 | 10,000 | $4.69 | $46,900.00 | 06/01/2017 | 46,981 | $6.52 | $306,316.12 |
| 01/18/2017 | 39,000 | $4.69 | $182,910.00 | 06/05/2017 | 82,602 | $6.54 | $540,217.08 |
| 01/19/2017 | 8,650 | $4.67 | $40,395.50 | 06/05/2017 | 167,398 | $6.53 | $1,093,108.94 |
| 01/23/2017 | 10,000 | $4.67 | $46,656.75 | 06/07/2017 | 150,000 | $6.58 | $987,000.00 |
| 01/23/2017 | 100 | $4.65 | $465.00 | 06/07/2017 | 400,000 | $6.58 | $2,632,000.00 |
| 01/23/2017 | 4,100 | $4.66 | $19,106.00 | 08/01/2017 | 50,000 | $6.52 | $326,000.00 |
| 01/23/2017 | 75,000 | $4.66 | $349,500.00 | 08/01/2017 | 24,300 | $6.52 | $158,436.00 |
| 01/23/2017 | 100 | $4.65 | $465.00 | 08/01/2017 | 29,774 | $6.54 | $194,721.96 |
| 01/23/2017 | 9,223 | $4.66 | $42,979.18 | 08/02/2017 | 25,000 | $6.58 | $164,500.00 |
| 01/27/2017 | 100,000 | $4.62 | $462,000.00 | 08/02/2017 | 50,000 | $6.58 | $329,000.00 |
| 02/03/2017 | 50,000 | $4.82 | $241,000.00 | 08/09/2017 | 20,000 | $6.34 | $126,800.00 |
| 02/03/2017 | 16,178 | $4.80 | $77,654.40 | 08/16/2017 | 31 | $6.36 | $197.16 |
| 02/03/2017 | 30,000 | $4.80 | $144,000.00 | 08/18/2017 | 100,000 | $6.16 | $616,000.00 |
| 02/06/2017 | 20,000 | $4.75 | $95,000.00 | 08/18/2017 | 100,000 | $6.15 | $615,000.00 |
| 02/09/2017 | 50,000 | $4.90 | $245,000.00 | 08/22/2017 | 100,000 | $6.23 | $623,000.00 |
| 02/09/2017 | 100,000 | $4.90 | $490,000.00 | 08/22/2017 | 50,000 | $6.23 | $311,500.00 |
| 02/10/2017 | 15,000 | $4.88 | $73,200.00 | 08/22/2017 | 100,000 | $6.23 | $623,000.00 |
| 02/14/2017 | 150,000 | $4.96 | $743,991.45 | 08/22/2017 | 50,000 | $6.23 | $311,500.00 |
| 02/14/2017 | 2,968 | $4.96 | $14,721.28 | 08/29/2017 | 20,000 | $6.19 | $123,800.00 |
| 02/14/2017 | 147,032 | $4.96 | $729,278.72 | 09/11/2017 | 15,000 | $6.10 | $91,500.00 |
| 02/17/2017 | 25,000 | $5.00 | $125,000.00 | 09/11/2017 | 50,000 | $6.10 | $305,000.00 |
| 02/17/2017 | 50,000 | $5.01 | $250,500.00 | 09/12/2017 | 75,000 | $6.13 | $459,750.00 |
| 02/17/2017 | 50,000 | $5.00 | $250,000.00 | 09/15/2017 | 50,000 | $6.21 | $310,500.00 |
| 02/17/2017 | 50,000 | $5.01 | $250,500.00 | 09/15/2017 | 100,000 | $6.21 | $621,000.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 02/21/2017 | 50,000 | $5.00 | $250,000.00 | 09/15/2017 | 50,000 | $6.20 | $310,000.00 |
| 02/21/2017 | 50,000 | $5.00 | $250,000.00 | 09/15/2017 | 100,000 | $6.21 | $621,000.00 |
| 02/22/2017 | 25,000 | $5.06 | $126,500.00 | 10/13/2017 | 50,000 | $5.93 | $296,500.00 |
| 02/22/2017 | 25,000 | $5.04 | $126,000.00 | 10/13/2017 | 50,000 | $5.93 | $296,500.00 |
| 02/22/2017 | 25,000 | $5.06 | $126,500.00 | 10/20/2017 | 5,000 | $5.98 | $29,900.00 |
| 02/22/2017 | 25,000 | $5.04 | $126,000.00 | 10/20/2017 | 100,000 | $6.05 | $605,057.70 |
| 02/24/2017 | 200,000 | $5.07 | $1,014,000.00 | 10/20/2017 | 100,000 | $6.05 | $605,000.00 |
| 02/27/2017 | 75,000 | $5.16 | $387,000.00 | 10/20/2017 | 5,000 | $5.98 | $29,900.00 |
| 02/28/2017 | 50,000 | $5.15 | $257,500.00 | 10/20/2017 | 100,000 | $6.05 | $605,000.00 |
| 02/28/2017 | 75,000 | $5.15 | $386,250.00 | 10/20/2017 | 100,000 | $6.05 | $605,000.00 |
| 03/02/2017 | 210,000 | $5.23 | $1,098,300.00 | 10/30/2017 | 20,000 | $4.84 | $96,818.20 |
| 03/02/2017 | 63,600 | $5.22 | $331,992.00 | 10/30/2017 | 50,100 | $4.84 | $242,491.87 |
| 03/02/2017 | 151,400 | $5.23 | $791,822.00 | 10/30/2017 | 149,900 | $4.83 | $724,041.58 |
| 03/07/2017 | 20,000 | $5.23 | $104,600.00 | 10/30/2017 | 100,000 | $4.83 | $483,000.00 |
| 03/09/2017 | 50,000 | $5.26 | $263,000.00 | 10/30/2017 | 50,000 | $4.83 | $241,506.00 |
| 03/14/2017 | 75,000 | $5.32 | $399,000.00 | 10/30/2017 | 100,000 | $4.82 | $482,301.20 |
| 03/14/2017 | 25,000 | $5.33 | $133,250.00 | 10/30/2017 | 181,367 | $4.82 | $874,227.39 |
| 03/14/2017 | 80,000 | $5.32 | $425,600.00 | 10/30/2017 | 3,372 | $4.82 | $16,257.09 |
| 03/15/2017 | 20,000 | $5.32 | $106,400.00 | 10/30/2017 | 66 | $4.82 | $318.19 |
| 03/20/2017 | 45,000 | $5.53 | $248,850.00 | 11/01/2017 | 50,000 | $4.93 | $246,525.00 |
| 03/21/2017 | 100,000 | $5.50 | $549,991.70 | 11/01/2017 | 20,000 | $4.93 | $98,610.00 |
| 03/21/2017 | 100,000 | $5.51 | $550,822.40 | 11/02/2017 | 300,000 | $5.02 | $1,506,000.00 |
| 03/28/2017 | 25,000 | $5.43 | $135,750.00 | 11/02/2017 | 300,000 | $5.02 | $1,506,004.80 |
| 03/28/2017 | 75,000 | $5.42 | $406,500.00 | 11/06/2017 | 50,000 | $5.05 | $252,500.00 |
| 03/28/2017 | 50,000 | $5.38 | $269,000.00 | 11/06/2017 | 100,000 | $5.12 | $512,000.00 |
| 04/03/2017 | 50,000 | $5.35 | $267,500.00 | 11/06/2017 | 50,000 | $5.05 | $252,500.00 |
| 04/03/2017 | 370 | $5.35 | $1,979.50 | 11/06/2017 | 100,000 | $5.12 | $512,061.00 |
| 04/10/2017 | 50,000 | $5.32 | $266,000.00 | 11/07/2017 | 165,000 | $5.03 | $829,950.00 |
| 05/05/2017 | 40,000 | $6.07 | $242,800.00 | 11/07/2017 | 302,000 | $5.03 | $1,519,060.00 |
| 05/08/2017 | 25,000 | $6.07 | $151,750.00 | 11/20/2017 | 200,000 | $5.00 | $1,000,000.40 |
| 05/09/2017 | 25,000 | $6.15 | $153,750.00 | 11/20/2017 | 250,000 | $5.00 | $1,250,000.00 |
| 05/10/2017 | 50,000 | $6.11 | $305,500.00 | 12/11/2017 | 25,000 | $4.62 | $115,500.00 |
| 05/10/2017 | 50,000 | $6.11 | $305,500.00 | 12/11/2017 | 100,000 | $4.62 | $462,000.00 |
| 05/11/2017 | 50 | $6.11 | $305.50 | 12/11/2017 | 25,000 | $4.62 | $115,500.00 |
| 05/11/2017 | 10,000 | $6.11 | $61,100.00 | 12/11/2017 | 100,000 | $4.62 | $462,000.00 |
| 05/17/2017 | 10,000 | $6.20 | $62,000.00 | 12/13/2017 | 75,000 | $4.68 | $351,000.00 |
| 05/17/2017 | 100,000 | $6.20 | $620,000.00 | 12/13/2017 | 75,000 | $4.71 | $353,250.00 |
| 05/17/2017 | 25,000 | $6.13 | $153,250.00 | 12/13/2017 | 75,000 | $4.62 | $346,500.00 |
| 05/18/2017 | 50,000 | $6.06 | $303,000.00 | 12/13/2017 | 50,000 | $4.64 | $232,000.00 |
| 05/23/2017 | 10,000 | $6.56 | $65,600.00 | 12/13/2017 | 75,000 | $4.71 | $353,250.00 |
| 05/24/2017 | 20,000 | $6.46 | $129,200.00 | 12/15/2017 | 25,000 | $4.63 | $115,750.00 |
| 05/24/2017 | 25,000 | $6.45 | $161,300.00 | 12/15/2017 | 30,000 | $4.63 | $138,900.00 |
| 05/24/2017 | 10,000 | $6.43 | $64,300.00 | 12/18/2017 | 175,000 | $4.70 | $822,500.00 |
| 06/05/2017 | 148,500 | $6.46 | $959,310.00 | 12/18/2017 | 230 | $4.71 | $1,083.30 |
| 06/05/2017 | 101,500 | $6.47 | $656,705.00 | 12/18/2017 | 249,770 | $4.70 | $1,174,469.74 |
| 06/06/2017 | 250,000 | $6.44 | $1,609,937.00 | 12/21/2017 | 100,000 | $4.73 | $473,000.00 |
| 06/09/2017 | 150,000 | $6.48 | $972,000.00 | 12/21/2017 | 65,000 | $4.73 | $307,450.00 |
| 06/09/2017 | 400,000 | $6.48 | $2,592,000.00 | 12/21/2017 | 100,000 | $4.73 | $473,000.00 |
| 06/19/2017 | 55,641 | $6.42 | $357,215.22 | 12/21/2017 | 100,000 | $4.73 | $473,000.00 |
| 06/20/2017 | 25,000 | $6.39 | $159,750.00 | 01/02/2018 | 100,000 | $4.74 | $474,000.00 |
| 06/20/2017 | 25,000 | $6.39 | $159,734.93 | 01/02/2018 | 33,494 | $4.77 | $159,766.38 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 06/20/2017 | 15,000 | $6.39 | $95,850.00 | 01/02/2018 | 100,000 | $4.74 | $474,000.00 |
| 08/04/2017 | 25,000 | $6.52 | $163,000.00 | 01/02/2018 | 981 | $4.79 | $4,698.99 |
| 08/04/2017 | 50,000 | $6.54 | $327,000.00 | 01/03/2018 | 107,410 | $4.79 | $514,493.90 |
| 08/04/2017 | 24,642 | $6.52 | $160,665.84 | 01/03/2018 | 188,608 | $4.79 | $903,432.32 |
| 08/11/2017 | 20,000 | $6.25 | $124,993.28 | 01/05/2018 | 100 | $4.92 | $492.00 |
| 08/21/2017 | 50,000 | $6.15 | $307,500.00 | 01/05/2018 | 174,900 | $4.91 | $859,332.15 |
| 08/21/2017 | 2,700 | $6.14 | $16,578.00 | 01/05/2018 | 500 | $4.92 | $2,460.00 |
| 08/21/2017 | 100,000 | $6.15 | $615,000.00 | 01/05/2018 | 299,500 | $4.91 | $1,471,944.26 |
| 08/24/2017 | 75,000 | $6.17 | $462,750.00 | 01/09/2018 | 100 | $4.91 | $491.00 |
| 08/24/2017 | 25,000 | $6.20 | $155,000.00 | 01/16/2018 | 25,000 | $5.01 | $125,250.00 |
| 08/24/2017 | 50,000 | $6.17 | $308,500.00 | 01/16/2018 | 100,000 | $5.01 | $501,213.40 |
| 08/30/2017 | 20,000 | $6.18 | $123,599.00 | 01/16/2018 | 1,312 | $4.97 | $6,520.64 |
| 08/30/2017 | 20,000 | $6.18 | $123,599.00 | 01/17/2018 | 120,000 | $4.97 | $596,400.00 |
| 08/31/2017 | 25,000 | $6.17 | $154,250.00 | 01/17/2018 | 122,638 | $4.97 | $609,510.86 |
| 08/31/2017 | 25,000 | $6.17 | $154,250.00 | 01/19/2018 | 100 | $4.91 | $491.00 |
| 08/31/2017 | 25,000 | $6.17 | $154,250.00 | 01/19/2018 | 106,542 | $4.91 | $523,121.22 |
| 09/11/2017 | 30,000 | $6.07 | $182,100.00 | 01/22/2018 | 249,900 | $4.87 | $1,217,013.00 |
| 09/11/2017 | 880 | $6.07 | $5,341.60 | 01/22/2018 | 84,614 | $4.88 | $412,916.32 |
| 09/11/2017 | 74,120 | $6.08 | $450,357.79 | 01/22/2018 | 133,843 | $4.87 | $652,149.88 |
| 09/12/2017 | 20,400 | $6.07 | $123,828.00 | 02/01/2018 | 100,000 | $5.23 | $523,000.00 |
| 09/13/2017 | 25,000 | $6.06 | $151,500.00 | 02/01/2018 | 110,000 | $5.25 | $577,500.00 |
| 09/13/2017 | 10,000 | $6.02 | $60,200.00 | 02/01/2018 | 150,000 | $5.22 | $783,000.00 |
| 09/18/2017 | 150,000 | $6.19 | $927,868.35 | 02/01/2018 | 125,000 | $5.25 | $656,250.00 |
| 09/18/2017 | 150,000 | $6.20 | $929,866.95 | 02/05/2018 | 75,000 | $5.53 | $414,750.00 |
| 10/10/2017 | 10,000 | $5.89 | $58,900.00 | 02/05/2018 | 50,000 | $5.50 | $275,000.00 |
| 10/10/2017 | 10,000 | $5.89 | $58,900.00 | 02/05/2018 | 50,000 | $5.52 | $276,000.00 |
| 10/16/2017 | 50,000 | $5.91 | $295,500.00 | 02/06/2018 | 200,000 | $5.48 | $1,096,000.00 |
| 10/16/2017 | 10,000 | $5.89 | $58,900.00 | 02/06/2018 | 65,000 | $5.39 | $350,350.00 |
| 10/16/2017 | 50,000 | $5.91 | $295,500.00 | 02/06/2018 | 200,000 | $5.48 | $1,096,000.00 |
| 10/16/2017 | 10,000 | $5.89 | $58,900.00 | 02/07/2018 | 75,000 | $5.59 | $419,250.00 |
| 10/23/2017 | 885 | $6.01 | $5,318.85 | 02/07/2018 | 100,000 | $5.59 | $559,000.00 |
| 10/24/2017 | 1,330 | $5.98 | $7,953.40 | 02/09/2018 | 8,756 | $5.47 | $47,895.32 |
| 10/24/2017 | 98,670 | $5.99 | $590,731.57 | 02/12/2018 | 216,244 | $5.51 | $1,191,504.44 |
| 11/03/2017 | 50,000 | $4.97 | $248,333.15 | 02/12/2018 | 275,808 | $5.51 | $1,519,702.08 |
| 11/03/2017 | 50,000 | $4.97 | $248,446.90 | 02/14/2018 | 200,000 | $5.55 | $1,110,000.00 |
| 11/07/2017 | 50,000 | $4.98 | $249,000.00 | 02/14/2018 | 204,000 | $5.62 | $1,146,480.00 |
| 11/07/2017 | 100,000 | $4.95 | $495,000.00 | 02/21/2018 | 170,073 | $5.80 | $986,423.40 |
| 11/07/2017 | 50,000 | $4.98 | $249,000.00 | 02/21/2018 | 158,352 | $5.80 | $918,473.90 |
| 11/07/2017 | 150,000 | $4.96 | $744,000.00 | 02/23/2018 | 225,000 | $5.76 | $1,296,000.00 |
| 11/09/2017 | 150,000 | $4.95 | $742,499.55 | 02/23/2018 | 293,300 | $5.76 | $1,689,537.93 |
| 11/09/2017 | 250,000 | $4.95 | $1,237,500.00 | 03/07/2018 | 164,286 | $5.90 | $969,287.40 |
| 11/10/2017 | 50,000 | $4.89 | $244,500.00 | 03/07/2018 | 175,000 | $5.90 | $1,032,500.00 |
| 11/27/2017 | 100,000 | $5.02 | $502,000.00 | 03/12/2018 | 31,033 | $5.94 | $184,336.02 |
| 11/27/2017 | 50,000 | $5.03 | $251,500.00 | 03/12/2018 | 73,969 | $5.94 | $439,375.86 |
| 11/27/2017 | 50,000 | $5.02 | $251,000.00 | 03/12/2018 | 150 | $5.94 | $891.00 |
| 11/27/2017 | 50,000 | $5.02 | $251,000.00 | 03/13/2018 | 110 | $5.94 | $653.40 |
| 11/28/2017 | 45,000 | $5.01 | $225,450.00 | 04/10/2018 | 25,000 | $5.52 | $138,000.00 |
| 11/28/2017 | 45,000 | $5.01 | $225,450.00 | 04/10/2018 | 25,000 | $5.52 | $138,000.00 |
| 11/29/2017 | 100,000 | $5.03 | $503,000.00 | 04/16/2018 | 20,000 | $5.63 | $112,600.00 |
| 11/29/2017 | 100,000 | $5.03 | $503,000.00 | 04/16/2018 | 50,000 | $5.63 | $281,500.00 |
| 11/30/2017 | 55,000 | $4.99 | $274,450.00 | 04/17/2018 | 50,000 | $5.85 | $292,500.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 12/01/2017 | 25,000 | $4.94 | $123,500.00 | 04/17/2018 | 33,100 | $5.86 | $193,966.00 |
| 12/01/2017 | 25,000 | $4.94 | $123,500.00 | 04/17/2018 | 17,900 | $5.85 | $104,715.00 |
| 12/01/2017 | 25,000 | $4.95 | $123,750.00 | 04/17/2018 | 8,600 | $5.85 | $50,310.00 |
| 12/11/2017 | 75,000 | $4.58 | $343,500.00 | 04/17/2018 | 40,400 | $5.85 | $236,340.00 |
| 12/11/2017 | 75,000 | $4.58 | $343,500.00 | 04/26/2018 | 75,000 | $5.56 | $417,000.00 |
| 12/14/2017 | 30,000 | $4.63 | $138,900.00 | 04/30/2018 | 100,000 | $6.01 | $601,000.00 |
| 12/14/2017 | 50,000 | $4.63 | $231,366.05 | 04/30/2018 | 200,000 | $6.01 | $1,202,000.00 |
| 12/14/2017 | 50,000 | $4.61 | $230,500.00 | 05/04/2018 | 125,000 | $6.00 | $750,000.00 |
| 12/14/2017 | 30,000 | $4.63 | $138,900.00 | 05/04/2018 | 150,000 | $6.00 | $900,000.00 |
| 12/14/2017 | 50,000 | $4.63 | $231,500.00 | 05/08/2018 | 50,000 | $6.22 | $311,000.00 |
| 12/14/2017 | 50,000 | $4.62 | $231,000.00 | 05/08/2018 | 150,000 | $6.22 | $933,000.00 |
| 12/19/2017 | 150,000 | $4.67 | $700,500.00 | 05/09/2018 | 25,000 | $6.35 | $158,750.00 |
| 12/19/2017 | 200,000 | $4.67 | $934,000.00 | 05/09/2018 | 75,000 | $6.35 | $476,250.00 |
| 12/20/2017 | 15,000 | $4.62 | $69,300.00 | 05/18/2018 | 15,000 | $6.26 | $93,900.00 |
| 12/27/2017 | 100,000 | $4.72 | $472,000.00 | 05/18/2018 | 25,000 | $6.26 | $156,500.00 |
| 12/27/2017 | 50,000 | $4.73 | $236,500.00 | 05/21/2018 | 15,000 | $6.24 | $93,600.00 |
| 12/27/2017 | 200,000 | $4.72 | $944,000.00 | 05/21/2018 | 25,000 | $6.24 | $156,000.00 |
| 12/28/2017 | 15,000 | $4.71 | $70,650.00 | 06/04/2018 | 25,000 | $5.95 | $148,750.00 |
| 12/28/2017 | 50,000 | $4.70 | $235,000.00 | 06/04/2018 | 25,000 | $5.95 | $148,750.00 |
| 12/28/2017 | 15,000 | $4.71 | $70,650.00 | 06/11/2018 | 300 | $5.92 | $1,776.00 |
| 12/28/2017 | 50,000 | $4.70 | $235,000.00 | 06/12/2018 | 300 | $5.94 | $1,782.00 |
| 12/29/2017 | 25,000 | $4.66 | $116,500.00 | 06/13/2018 | 14,400 | $6.02 | $86,688.00 |
| 12/29/2017 | 20,000 | $4.69 | $93,800.00 | 06/14/2018 | 100,000 | $6.12 | $612,000.00 |
| 12/29/2017 | 3,917 | $4.66 | $18,253.22 | 07/12/2018 | 150,000 | $5.85 | $877,500.00 |
| 01/05/2018 | 75,000 | $4.85 | $363,750.00 | 07/16/2018 | 53,000 | $5.86 | $310,580.00 |
| 01/05/2018 | 100,000 | $4.85 | $485,000.00 | 07/16/2018 | 100,000 | $5.88 | $588,000.00 |
| 01/05/2018 | 150,000 | $4.84 | $726,000.00 | 07/24/2018 | 50,000 | $5.95 | $297,500.00 |
| 01/05/2018 | 150,000 | $4.85 | $727,500.00 | 08/07/2018 | 50,000 | $5.40 | $270,000.00 |
| 01/08/2018 | 75,000 | $4.88 | $366,000.00 | 08/07/2018 | 800 | $5.41 | $4,328.00 |
| 01/08/2018 | 50,000 | $4.85 | $242,500.00 | 08/07/2018 | 48,900 | $5.40 | $264,060.00 |
| 01/08/2018 | 200,000 | $4.89 | $978,000.00 | 08/07/2018 | 300 | $5.41 | $1,623.00 |
| 01/08/2018 | 4,050 | $4.85 | $19,642.50 | 08/20/2018 | 50,000 | $5.28 | $264,000.00 |
| 01/10/2018 | 20,000 | $4.80 | $96,000.00 | 08/27/2018 | 100,000 | $5.68 | $568,000.00 |
| 01/10/2018 | 20,000 | $4.80 | $95,980.00 | 09/10/2018 | 22,503 | $5.40 | $121,516.20 |
| 01/18/2018 | 40,000 | $4.85 | $194,000.00 | 09/10/2018 | 2,497 | $5.39 | $13,458.83 |
| 01/18/2018 | 85,000 | $4.86 | $413,100.00 | 09/10/2018 | 300 | $5.44 | $1,632.00 |
| 01/18/2018 | 125,000 | $4.84 | $605,000.00 | 09/11/2018 | 25,000 | $5.34 | $133,500.00 |
| 01/18/2018 | 200,000 | $4.85 | $970,000.00 | 09/11/2018 | 15,000 | $5.35 | $80,250.00 |
| 01/18/2018 | 125,000 | $4.84 | $605,000.00 | 09/11/2018 | 2,000 | $5.35 | $10,700.00 |
| 01/25/2018 | 125,000 | $4.88 | $610,000.00 | 09/11/2018 | 1,472 | $5.35 | $7,875.20 |
| 01/25/2018 | 35,000 | $4.82 | $168,700.00 | 09/11/2018 | 11,528 | $5.35 | $61,674.80 |
| 01/25/2018 | 150,000 | $4.88 | $732,000.00 | 09/12/2018 | 50,000 | $5.28 | $264,000.00 |
| 01/25/2018 | 50,000 | $4.82 | $241,000.00 | 09/12/2018 | 22,726 | $5.29 | $120,220.54 |
| 01/30/2018 | 50,000 | $4.94 | $247,000.00 | 09/12/2018 | 2,274 | $5.28 | $12,006.72 |
| 01/30/2018 | 75,000 | $4.94 | $370,500.00 | 09/13/2018 | 75,000 | $5.53 | $414,750.00 |
| 02/02/2018 | 75,000 | $5.44 | $408,000.00 | 09/13/2018 | 100,000 | $5.55 | $555,000.00 |
| 02/02/2018 | 3,456 | $5.43 | $18,766.08 | 09/17/2018 | 5,000 | $5.49 | $27,450.00 |
| 02/02/2018 | 96,544 | $5.44 | $525,169.14 | 09/18/2018 | 50,000 | $5.58 | $279,000.00 |
| 02/05/2018 | 200,000 | $5.45 | $1,089,998.80 | 09/18/2018 | 25,000 | $5.62 | $140,500.00 |
| 02/05/2018 | 200,000 | $5.45 | $1,089,541.60 | 09/18/2018 | 40,000 | $5.64 | $225,600.00 |
| 02/05/2018 | 40 | $5.32 | $212.80 | 09/18/2018 | 100,000 | $5.57 | $557,000.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 02/05/2018 | 64,960 | $5.33 | $346,236.80 | 09/18/2018 | 50,000 | $5.60 | $280,000.00 |
| 02/07/2018 | 75,000 | $5.54 | $415,500.00 | 09/18/2018 | 25,000 | $5.62 | $140,500.00 |
| 02/07/2018 | 50,000 | $5.52 | $276,000.00 | 09/18/2018 | 75,000 | $5.64 | $423,000.00 |
| 02/07/2018 | 100,000 | $5.54 | $554,000.00 | 09/20/2018 | 25,000 | $5.52 | $138,000.00 |
| 02/07/2018 | 44,497 | $5.51 | $245,178.47 | 09/20/2018 | 2,470 | $5.52 | $13,634.40 |
| 02/07/2018 | 5,310 | $5.52 | $29,311.20 | 09/20/2018 | 13,400 | $5.52 | $73,968.00 |
| 02/08/2018 | 50,000 | $5.47 | $273,500.00 | 09/20/2018 | 234,130 | $5.52 | $1,292,397.60 |
| 02/08/2018 | 75,000 | $5.47 | $410,250.00 | 09/25/2018 | 50,000 | $5.60 | $280,000.00 |
| 02/08/2018 | 25,000 | $5.42 | $135,500.00 | 09/25/2018 | 50,000 | $5.58 | $279,000.00 |
| 02/08/2018 | 25,000 | $5.38 | $134,500.00 | 09/25/2018 | 50,000 | $5.60 | $280,000.00 |
| 02/08/2018 | 51,000 | $5.47 | $278,970.00 | 09/25/2018 | 300 | $5.61 | $1,683.00 |
| 02/08/2018 | 100,000 | $5.47 | $547,000.00 | 09/26/2018 | 100,000 | $5.58 | $558,000.00 |
| 02/08/2018 | 50,000 | $5.42 | $271,000.00 | 09/26/2018 | 100,000 | $5.58 | $558,000.00 |
| 02/08/2018 | 25,000 | $5.38 | $134,500.00 | 10/01/2018 | 9,573 | $5.65 | $54,087.45 |
| 02/13/2018 | 200,000 | $5.48 | $1,096,000.00 | 10/01/2018 | 100,000 | $5.65 | $565,000.00 |
| 02/13/2018 | 4,001 | $5.48 | $21,925.48 | 10/09/2018 | 9,600 | $5.27 | $50,592.00 |
| 02/14/2018 | 200,000 | $5.45 | $1,090,000.00 | 10/09/2018 | 40,400 | $5.27 | $212,908.00 |
| 02/16/2018 | 100,000 | $5.74 | $574,000.00 | 10/19/2018 | 25,000 | $5.63 | $140,750.00 |
| 02/16/2018 | 70,073 | $5.74 | $402,219.02 | 10/19/2018 | 94,595 | $5.63 | $532,569.85 |
| 02/16/2018 | 100,000 | $5.74 | $574,000.00 | 10/19/2018 | 5,405 | $5.64 | $30,484.20 |
| 02/16/2018 | 58,361 | $5.74 | $334,992.14 | 10/29/2018 | 3,994 | $5.64 | $22,526.16 |
| 02/22/2018 | 175,000 | $5.71 | $999,250.00 | 10/29/2018 | 50,000 | $5.64 | $282,000.00 |
| 02/22/2018 | 43,290 | $5.70 | $246,753.00 | 10/30/2018 | 77,000 | $5.64 | $434,280.00 |
| 02/22/2018 | 175,000 | $5.71 | $999,250.00 | 10/30/2018 | 50,000 | $5.63 | $281,500.00 |
| 02/23/2018 | 50,000 | $5.71 | $285,500.00 | 11/01/2018 | 50,000 | $5.75 | $287,500.00 |
| 02/23/2018 | 75,000 | $5.71 | $428,250.00 | 11/01/2018 | 50,000 | $5.75 | $287,500.00 |
| 02/27/2018 | 164,286 | $5.87 | $964,358.82 | 11/02/2018 | 13,488 | $5.82 | $78,500.16 |
| 02/27/2018 | 75,000 | $5.91 | $443,250.00 | 11/02/2018 | 136,512 | $5.81 | $793,134.72 |
| 02/27/2018 | 100,000 | $5.87 | $587,000.00 | 11/06/2018 | 2 | $5.84 | $11.68 |
| 03/08/2018 | 175,000 | $5.91 | $1,034,250.00 | 12/04/2018 | 89,410 | $5.50 | $491,755.00 |
| 03/08/2018 | 200,000 | $5.91 | $1,182,000.00 | 12/06/2018 | 6,480 | $5.64 | $36,547.20 |
| 03/13/2018 | 100,000 | $5.89 | $589,000.00 | 12/06/2018 | 354 | $5.64 | $1,996.56 |
| 03/13/2018 | 150,000 | $5.89 | $883,500.00 | 12/10/2018 | 50,000 | $5.62 | $281,000.00 |
| 03/13/2018 | 13,676 | $5.86 | $80,141.36 | 12/17/2018 | 50,000 | $5.93 | $296,500.00 |
| 03/13/2018 | 21,324 | $5.86 | $124,958.64 | 12/28/2018 | 50,000 | $5.69 | $284,500.00 |
| 03/15/2018 | 40,000 | $5.80 | $232,000.00 | 01/02/2019 | 100,000 | $5.73 | $573,000.00 |
| 03/19/2018 | 50,000 | $5.73 | $286,500.00 | 01/31/2019 | 25,000 | $6.38 | $159,500.00 |
| 03/21/2018 | 74,700 | $5.70 | $425,790.00 | 02/08/2019 | 60,000 | $5.96 | $357,600.00 |
| 03/21/2018 | 300 | $5.69 | $1,707.00 | 02/12/2019 | 100,000 | $6.25 | $625,000.00 |
| 04/19/2018 | 500 | $5.82 | $2,910.00 | 02/12/2019 | 100,000 | $6.24 | $624,000.00 |
| 04/19/2018 | 50,000 | $5.84 | $292,000.00 | 03/01/2019 | 10,000 | $6.15 | $61,500.00 |
| 04/19/2018 | 50,000 | $5.84 | $292,000.00 | 03/01/2019 | 2,500 | $6.13 | $15,325.00 |
| 04/20/2018 | 75,000 | $5.94 | $445,500.00 | 03/05/2019 | 10,000 | $6.18 | $61,800.00 |
| 04/20/2018 | 75,000 | $6.05 | $453,750.00 | 03/15/2019 | 45,000 | $6.40 | $288,000.00 |
| 04/20/2018 | 75,000 | $5.94 | $445,500.00 | 03/27/2019 | 25,000 | $5.85 | $146,187.50 |
| 05/01/2018 | 125,000 | $5.91 | $738,750.00 | 03/27/2019 | 18,000 | $5.85 | $105,255.00 |
| 05/01/2018 | 125,000 | $5.91 | $738,750.00 | 04/17/2019 | 3,700 | $5.83 | $21,561.38 |
| 05/02/2018 | 25,000 | $5.89 | $147,250.00 | 04/30/2019 | 10,000 | $5.75 | $57,478.00 |
| 5/4/2018[B] | 50,000 | $4.00 | $200,000.00 | 04/30/2019 | 100,000 | $5.75 | $574,780.00 |
| 5/4/2018[B] | 50,000 | $4.00 | $200,000.00 | 05/01/2019 | 40,000 | $5.73 | $229,156.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount |
|---|---|---|---|---|---|---|---|
| 05/08/2018 | 50,000 | $6.16 | $308,000.00 | 05/01/2019 | 15,000 | $5.73 | $85,933.50 |
| 05/08/2018 | 150,000 | $6.16 | $924,000.00 | 05/02/2019 | 2,300 | $5.71 | $13,133.69 |
| 05/14/2018 | 25,000 | $6.24 | $156,000.00 | 05/02/2019 | 4,700 | $5.71 | $26,838.41 |
| 05/14/2018 | 25,000 | $6.24 | $156,000.00 | 05/02/2019 | 25,250 | $5.71 | $144,185.08 |
| 05/14/2018 | 125,000 | $6.30 | $787,500.00 | 05/03/2019 | 25,000 | $5.69 | $142,317.50 |
| 05/14/2018 | 100 | $6.26 | $626.00 | 05/03/2019 | 50,000 | $5.69 | $284,635.00 |
| 05/15/2018 | 26,000 | $6.26 | $162,760.00 | 05/06/2019 | 25,000 | $5.67 | $141,870.00 |
| 05/15/2018 | 75,000 | $6.26 | $469,500.00 | 05/06/2019 | 25,000 | $5.67 | $141,870.00 |
| 05/17/2018 | 15,000 | $6.19 | $92,850.00 | 05/06/2019 | 50,000 | $5.67 | $283,740.00 |
| 05/17/2018 | 25,000 | $6.19 | $154,750.00 | 05/06/2019 | 50,000 | $5.67 | $283,740.00 |
| 05/18/2018 | 15,000 | $6.19 | $92,850.00 | 05/16/2019 | 50,000 | $5.52 | $275,820.00 |
| 05/18/2018 | 34,500 | $6.19 | $213,555.00 | 05/16/2019 | 100,000 | $5.52 | $551,640.00 |
| 05/22/2018 | 15,000 | $6.20 | $93,000.00 | 05/20/2019 | 25,000 | $5.49 | $137,300.00 |
| 05/22/2018 | 25,000 | $6.20 | $155,000.00 | 05/20/2019 | 50,000 | $5.49 | $274,600.00 |
| 05/29/2018 | 10,000 | $5.96 | $59,600.00 | 05/24/2019 | 100,000 | $5.46 | $545,530.00 |
| 05/29/2018 | 15,000 | $5.96 | $89,400.00 | 05/24/2019 | 25,000 | $5.46 | $136,382.50 |
| 06/05/2018 | 15,000 | $5.89 | $88,350.00 | 05/24/2019 | 50,000 | $5.46 | $272,765.00 |
| 06/15/2018 | 115,000 | $6.08 | $699,200.00 | 05/24/2019 | 200,000 | $5.46 | $1,091,060.00 |
| 06/19/2018 | 15,000 | $5.93 | $88,950.00 | 05/29/2019 | 40,000 | $5.44 | $217,480.00 |
| 07/12/2018 | 150,000 | $5.82 | $873,000.00 | 05/29/2019 | 75,000 | $5.44 | $407,775.00 |
| 07/13/2018 | 150,000 | $5.84 | $876,000.00 | 05/30/2019 | 97 | $5.43 | $526.69 |
| 07/17/2018 | 25,000 | $5.79 | $144,750.00 | 06/03/2019 | 100,000 | $5.41 | $541,340.00 |
| 07/19/2018 | 50,000 | $5.95 | $297,500.00 | 06/05/2019 | 95,828 | $5.40 | $517,375.37 |
| 07/19/2018 | 50,000 | $5.99 | $299,500.00 | | | | |
| 08/20/2018 | 803 | $5.23 | $4,199.69 | | | | |
| 08/28/2018 | 40,000 | $5.73 | $229,200.00 | | | | |
| 08/28/2018 | 30,000 | $5.72 | $171,600.00 | | | | |
| 08/29/2018 | 24,700 | $5.69 | $140,543.00 | | | | |
| 08/29/2018 | 300 | $5.66 | $1,698.00 | | | | |
| 08/29/2018 | 150,000 | $5.67 | $850,500.00 | | | | |
| 09/13/2018 | 78,100 | $5.47 | $427,207.00 | | | | |
| 09/13/2018 | 1,000 | $5.47 | $5,470.00 | | | | |
| 09/13/2018 | 95,900 | $5.47 | $524,573.00 | | | | |
| 09/14/2018 | 75,000 | $5.47 | $410,250.00 | | | | |
| 09/19/2018 | 50,000 | $5.40 | $270,000.00 | | | | |
| 09/19/2018 | 100,000 | $5.40 | $540,000.00 | | | | |
| 09/19/2018 | 160,000 | $5.44 | $870,400.00 | | | | |
| 09/21/2018 | 200,000 | $5.55 | $1,110,000.00 | | | | |
| 09/21/2018 | 45,000 | $5.54 | $249,300.00 | | | | |
| 09/25/2018 | 25,000 | $5.53 | $138,250.00 | | | | |
| 09/26/2018 | 100,000 | $5.54 | $554,000.00 | | | | |
| 09/26/2018 | 100,000 | $5.54 | $554,000.00 | | | | |
| 09/28/2018 | 100,000 | $5.57 | $557,000.00 | | | | |
| 09/28/2018 | 95,000 | $5.57 | $529,150.00 | | | | |
| 09/28/2018 | 5,000 | $5.56 | $27,800.00 | | | | |
| 10/02/2018 | 10,000 | $5.51 | $55,100.00 | | | | |
| 10/02/2018 | 50,000 | $5.52 | $276,000.00 | | | | |
| 10/03/2018 | 5,000 | $5.46 | $27,300.00 | | | | |
| 10/03/2018 | 50,000 | $5.49 | $274,500.00 | | | | |
| 10/03/2018 | 10,000 | $5.46 | $54,600.00 | | | | |
| 10/12/2018 | 40,000 | $5.26 | $210,400.00 | | | | |

| Date | Shares | Price | Amount |
|---|---:|---:|---:|
| 10/18/2018 | 103 | $5.53 | $569.59 |
| 10/22/2018 | 50,000 | $5.62 | $281,000.00 |
| 10/22/2018 | 50,000 | $5.61 | $280,500.00 |
| 10/22/2018 | 50,000 | $5.62 | $281,000.00 |
| 10/22/2018 | 50,000 | $5.59 | $279,500.00 |
| 10/29/2018 | 50,000 | $5.59 | $279,500.00 |
| 10/31/2018 | 72,000 | $5.63 | $405,360.00 |
| 10/31/2018 | 5,000 | $5.61 | $28,050.00 |
| 10/31/2018 | 10,000 | $5.63 | $56,300.00 |
| 10/31/2018 | 75,000 | $5.61 | $420,750.00 |
| 11/02/2018 | 150,000 | $5.80 | $870,000.00 |
| 11/05/2018 | 25,000 | $5.82 | $145,500.00 |
| 11/05/2018 | 30,000 | $5.82 | $174,600.00 |
| 11/06/2018 | 7,500 | $5.83 | $43,725.00 |
| 11/06/2018 | 15,000 | $5.83 | $87,450.00 |
| 11/08/2018 | 25,000 | $5.93 | $148,250.00 |
| 11/09/2018 | 50,000 | $5.89 | $294,500.00 |
| 12/04/2018 | 90,000 | $5.50 | $495,000.00 |
| 12/07/2018 | 50,000 | $5.57 | $278,500.00 |
| 12/17/2018 | 50,000 | $5.92 | $296,000.00 |
| 12/31/2018 | 25,000 | $5.79 | $144,750.00 |
| 01/02/2019 | 50,000 | $5.73 | $286,500.00 |
| 01/02/2019 | 50,000 | $5.69 | $284,500.00 |
| 01/03/2019 | 25,000 | $5.59 | $139,750.00 |
| 01/08/2019 | 45,000 | $6.12 | $275,400.00 |
| 01/09/2019 | 40,000 | $6.16 | $246,400.00 |
| 01/09/2019 | 20,000 | $6.16 | $123,200.00 |
| 01/10/2019 | 30,000 | $6.14 | $184,200.00 |
| 01/10/2019 | 50,000 | $6.13 | $306,500.00 |
| 01/10/2019 | 50,000 | $6.13 | $306,500.00 |
| 01/10/2019 | 28,000 | $6.13 | $171,640.00 |
| 01/11/2019 | 86,500 | $6.07 | $525,055.00 |
| 01/11/2019 | 13,500 | $6.07 | $81,945.00 |
| 01/18/2019 | 263 | $6.05 | $1,591.15 |
| 01/23/2019 | 7,500 | $6.05 | $45,375.00 |
| 01/24/2019 | 40,000 | $6.13 | $245,200.00 |
| 01/25/2019 | 52,600 | $6.61 | $347,686.00 |
| 01/28/2019 | 51,500 | $6.47 | $333,205.00 |
| 01/28/2019 | 18,500 | $6.46 | $119,510.00 |
| 01/29/2019 | 10,000 | $6.55 | $65,500.00 |
| 01/29/2019 | 30,000 | $6.57 | $197,100.00 |
| 02/11/2019 | 35,000 | $6.14 | $214,900.00 |
| 02/11/2019 | 10,000 | $6.14 | $61,400.00 |
| 02/12/2019 | 98,179 | $6.20 | $608,709.80 |
| 02/14/2019 | 10,000 | $6.30 | $63,000.00 |
| 02/14/2019 | 40,000 | $6.29 | $251,600.00 |
| 02/15/2019 | 10,000 | $6.26 | $62,600.00 |
| 02/27/2019 | 33,900 | $6.12 | $207,468.00 |
| 02/27/2019 | 100 | $6.12 | $612.00 |
| 02/27/2019 | 16,000 | $6.12 | $97,920.00 |
| 03/18/2019 | 25,000 | $6.34 | $158,500.00 |

Movants' Purchases and Losses     Case 1:19-cv-03982-ALC   Document 22-3   Filed 06/18/19   Page 12 of 12     Nokia
Class Period: 04/15/2015 – 03/21/2019

| Name | Purchase Date | Shares Purchased | Price | Cost | Sale Date | Shares Sold | Sale Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
| | 03/18/2019 | 20,000 | $6.33 | $126,600.00 | | | | | |
| | | **31,519,717** | | **$169,223,651.29** | | **31,519,717** | | **$165,201,703.25** | **($4,021,948.04)** |
| **Clyde W. Waite (C4 01/17/20)** | 11/06/2017 | 1,000 | $1.80 | $180,000.00 | 5/4/2018[B] | 500 | | | |
| | 11/07/2017 | 1,000 | $1.55 | $155,000.00 | 5/4/2018[B] | 500 | | | |
| | 11/07/2017 | 500 | $1.55 | $77,500.00 | held | 1,500 | $1.40 | $209,930.23 | |
| | | **2,500** | | **$412,500.00** | | **2,500** | | **$209,930.23** | **($202,569.77)** |
| **Clyde W. Waite (C5 01/17/20)** | 11/02/2017 | 100 | $1.00 | $10,000.00 | 12/31/2018 | 250 | $1.14 | $28,500.00 | |
| | 11/02/2017 | 400 | $1.02 | $40,800.00 | 01/08/2019 | 200 | $1.39 | $27,800.00 | |
| | 11/02/2017 | 3 | $1.00 | $300.00 | 01/09/2019 | 200 | $1.44 | $28,800.00 | |
| | 11/03/2017 | 497 | $1.00 | $49,700.00 | 01/09/2019 | 200 | $1.44 | $28,800.00 | |
| | 11/06/2017 | 500 | $1.00 | $50,000.00 | 01/09/2019 | 200 | $1.47 | $29,400.00 | |
| | 11/07/2017 | 1,000 | $1.04 | $103,980.00 | 01/09/2019 | 200 | $1.44 | $28,800.00 | |
| | 11/10/2017 | 500 | $0.90 | $45,000.00 | 01/09/2019 | 200 | $1.44 | $28,800.00 | |
| | 11/10/2017 | 500 | $0.91 | $45,500.00 | 01/09/2019 | 150 | $1.47 | $22,050.00 | |
| | 11/22/2017 | 500 | $0.96 | $48,000.00 | 01/10/2019 | 500 | $1.42 | $71,000.00 | |
| | 12/13/2017 | 750 | $0.73 | $54,750.00 | 01/10/2019 | 500 | $1.42 | $71,000.00 | |
| | 12/27/2017 | 500 | $0.79 | $39,500.00 | 01/10/2019 | 100 | $1.41 | $14,100.00 | |
| | 12/29/2017 | 100 | $0.75 | $7,500.00 | 01/10/2019 | 200 | $1.42 | $28,400.00 | |
| | 01/18/2018 | 140 | $0.81 | $11,340.00 | 01/10/2019 | 600 | $1.41 | $84,600.00 | |
| | 08/15/2018 | 100 | $0.86 | $8,600.00 | 01/11/2019 | 190 | $1.37 | $26,030.00 | |
| | 08/31/2018 | 250 | $1.14 | $28,500.00 | 01/15/2019 | 200 | $1.36 | $27,200.00 | |
| | 08/31/2018 | 250 | $1.13 | $28,250.00 | 01/17/2019 | 190 | $1.29 | $24,510.00 | |
| | 09/12/2018 | 500 | $0.94 | $47,000.00 | 01/18/2019 | 100 | $1.37 | $13,700.00 | |
| | 09/12/2018 | 36 | $0.92 | $3,312.00 | 01/23/2019 | 200 | $1.34 | $26,800.00 | |
| | 09/14/2018 | 3 | $1.05 | $315.00 | 01/24/2019 | 200 | $1.40 | $28,000.00 | |
| | 10/15/2018 | 350 | $0.91 | $31,850.00 | 01/24/2019 | 200 | $1.44 | $28,800.00 | |
| | | | | | 01/24/2019 | 100 | $1.41 | $14,100.00 | |
| | | | | | 01/25/2019 | 200 | $1.69 | $33,800.00 | |
| | | | | | 01/25/2019 | 500 | $1.70 | $85,000.00 | |
| | | | | | 01/25/2019 | 1,399 | $1.74 | $243,426.00 | |
| | | **6,979** | | **$654,197.00** | | **6,979** | | **$1,043,416.00** | **$389,219.00** |
| **Movants' Total** | | **31,529,196** | | **$170,290,348.29** | | **31,529,196** | | **$166,455,049.48** | **($3,835,298.81)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price) will be used depending on which value is higher.

Prices listed are rounded to two decimal places.

[A] Shares received in Alcatel-Lucent acquisition. Shares valued at closing price.
[B] Exercised Option.